IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| THOMAS STARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV 223-074 |
| | ) |
| ARA TRANSPORT INC., | ) |
| CANAL INSURANCE COMPANY, | ) |
| And ALEXIS RODRIGUEZ, | ) |
| | ) |
| Defendants. | ) |

## NOTICE AND PETITION OF REMOVAL

COMES NOW CANAL INSURANCE COMPANY and files this Notice and Petition of Removal of Civil Action No. STSV2023000026 from the State Court of McIntosh County, Georgia (hereinafter "State Court Action"), to the United States District Court for the Southern District of Georgia, Brunswick Division.

1. ARA Transport, Inc., Canal Insurance Company and Alexis Rodriguez are all of the Defendants identified in a civil action filed against them, in the State Court of McIntosh County, Georgia, Civil Action No. STSV20230000026.

2. The Plaintiff commenced this action by filing a complaint on May 12, 2023 in the State Court Action. This Complaint named ARA Transportation, Inc., a North Carolina corporation with its principal place of business in Shelby, North

Carolina and is therefore a citizen of North Carolina; Canal Insurance Company, a South Carolina for profit business that maintains its principal place of business in South Carolina and is therefore a citizen of South Carolina; and, Alexis Rodriguez, a citizen and resident of the State of Florida, as Defendants.

3. Canal Insurance Company was served on May 19, 2023 by service upon its registered agent.

4. Defendants ARA Transport, Inc. and Alexis Rodriguez have not been properly served as of the time of filing this Notice and Petition of Removal. Service upon Alexis Rodriguez was purportedly made pursuant to the Non-Resident Motorist Act of Georgia through service upon the Secretary of State of Georgia on May 19, 2023, although procedurally the process has not been completed.

5. Although ARA Transport, Inc. and Alexis Rodriguez have not been property served, and without consenting to the jurisdiction of this Court or waiving any defenses available to them under Fed. R. Civ. P. 12, both ARA Transport, Inc. and Alexis Rodriguez consent to the removal of this action by Canal Insurance Company. (Exhibit "A")

5. This Notice of Removal is being filed within thirty days of service on Canal Insurance Company.

6. Attached as Exhibit "B" are copies of all pleadings in the State Court Action.

7. Defendant Alexis Rodriguez is a resident and citizen of the State of Florida.

8. Defendant ARA Transport, Inc. is a corporation organized under the laws of the State of North Carolina and its principal place of business is located in North Carolina. As a result, ARA Transport, Inc. is a resident and citizen of North Carolina.

9. Defendant Canal Insurance Company is a foreign insurer who is incorporated in South Carolina and maintains its principal place of business in the State of South Carolina.

10. The named Plaintiff is a resident and citizen of the State of Georgia.

11. Although no specific prayer for damages is contained in the Complaint, it is noted the Plaintiff claims permanent personal injuries in the Complaint arising from a vehicular accident and further claims severe and permanent personal injuries, mental and physical damages, medical expenses in an amount of $73,999.72 and alleges he will continue to incur future medical expenses, a claim for lost wages, and further claims entitlement to punitive damages, which Defendant contends is not justified. Thus, the types and descriptions of the Plaintiff's damages establishes the amount in controversy exceeds the jurisdictional limit of $75,000.00.

12. This Court has original jurisdiction of the controversy between Plaintiff and Defendants on the basis of diversity, pursuant to the provisions of 28 U.S.C. § 1332.

13. Pursuant to 28 U.S.C. § 1441, this action may be removed to this Court by Defendants.

14. This Notice and Petition of Removal is filed pursuant to 28 U.S.C. § 1446 within 30 days of receipt of the Complaint and summons herein.

15. Pursuant to 28 U.S.C. § 1446, this Notice and Petition of Removal is submitted contemporaneously this day for filing with the Clerk of the State Court of McIntosh County, Georgia. A copy of the notice to be filed in the State Court of McIntosh County is attached hereto as Exhibit "C".

16. As evidenced on the attached Certificate of Service, written notice of the filing of this Notice and Petition of Removal has been given to the Plaintiff as required by law.

WHEREFORE, Canal Insurance Company prays that this notice be filed and that Civil Action No. STSV2023000026 in the State Court of McIntosh County, Georgia, be removed to and proceed in this Court; and that no further proceedings be had in this case in the State Court of McIntosh County, Georgia.

Respectfully submitted this 14th day of June, 2023.

_____
Edward M. Hughes
Georgia State Bar No. 375650
bhughes@ellispainter.com
Tracy O'Connell
Georgia State Bar No. 553460
toconnell@ellispainter.com
Beth M. Brooks
bbrooks@ellispainter.com
Attorney for Canal Insurance Company

Ellis Painter
Post Office Box 9946
Savannah, Georgia 31412
912-233-9700 Telephone
912.-233-2281 Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| THOMAS STARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. _____ |
| | ) |
| ARA TRANSPORT INC., | ) |
| CANAL INSURANCE COMPANY, | ) |
| And ALEXIS RODRIGUEZ, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the following counsel of record with a copy of the foregoing **NOTICE OF REMOVAL** via statutory electronic mail and/or by depositing a copy in the United States Mail in a properly addressed envelope with adequate postage affixed thereto to ensure delivery, and addressed as follows:

> Parker M. Green
> John O'Briant
> Morgan & Morgan
> 178 S. Main Street, Ste. #300
> Alpharetta, GA 30009
> pgreen@forthepeople.com
> Attorneys for Plaintiff

This 14 day of June, 2023.

_____
Edward M. Hughes
Georgia State Bar No. 375650
bhughes@ellispainter.com
Tracy O'Connell
Georgia State Bar No. 553460

- 7 -

       toconnell@ellispainter.com
       Beth M. Brooks
       bbrooks@ellispainter.com
       Attorney for Canal Insurance Company

Ellis Painter
Post Office Box 9946
Savannah, Georgia 31412
912-233-9700 Telephone
912.-233-2281 Facsimile