**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORIGA**
**BRUNSWICK DIVISION**

THOMAS STARK,

      *Plaintiff*,

vs.

ARA TRANSPORT INC., CANAL
INSURANCE COMPANY and ALEXIS
RODRIGUEZ,

      *Defendants.*

CIVIL ACTION FILE
NO.:    2:23-cv-00074

## PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES

COMES NOW, Plaintiff Thomas Stark, and pursuant to Fed. R. Civ. P., 26(a)(2)(C) discloses the following expert witnesses:

The following expert witnesses are physicians who have treated and/or are treating Plaintiff for his injuries resulting from his August 29, 2022, wreck at that occurred at Interstate-95 mile marker 63 northbound in McIntosh County, Georgia.

1.

**Sherman Arthur Stevenson.**

Dr. Stevenson specializes in otolaryngology (ear, nose and throat specialist). Currently, Dr. Stevenson has over 28 years of experience in the medical field, and is affiliated with Southeast Georgia Health System – Brunswick. Dr. Stevenson is expected to testify about his treatment of Plaintiff's imbalances and diagnoses

regarding ear, nose, throat/neck, and head pain occurring since the subject-wreck occurring on August 29, 2022.

Dr. Stevenson is expected to testify that Plaintiff began treatment with his practice in September of 2022, wherein he complained of significant headaches and pain in the back of the head. Dr. Stevenson is expected to testify that, within a reasonable degree of medical certainty, his treatment of Plaintiff was medically necessary. Dr. Stevenson is expected to testify within a reasonable degree of medical certainty, that Plaintiff injured his head and neck he was involved in the subject-wreck on August 29, 2022.

2.

**Raymond Topp, M.D.**

Dr. Topp specializes in the field of spinal medicine and surgery, specifically for treatment relating to infections and spinal trauma, disc degeneration and disc herniation, radiating pain and other spinal and nerve related pain and deformities. Currently, Dr. Topp, MD is affiliated with Southern Orthopedics and Sports Medicine. Dr. Topp will testify on Plaintiff's medical treatment regarding issues with cervical spine and neck area, lumbar spine and back pain, discogenic pain, disc, injuries, and strain to his neck, and back muscles caused by the subject-wreck Dr. Topp is expected to testify that there is moderate foraminal stenoses bilaterally at L3-3 and on the left at L5-S1.

Dr. Topp is expected to testify that there is left lateral recess stenosis at L1-2, central canal stenoses at L3-4 and L4-5, disc bulge and left foraminal to left far lateral disc herniation with left neural foraminal narrowing and probable contact of the exiting left L5 nerve root by disc material. Dr. Topp is expected to testify that, within a reasonable degree of medical certainty, his treatment of Plaintiff was medically necessary. Dr. Topp is expected to testify within a reasonable degree of medical certainty, that Plaintiff injured his head and neck in the subject-wreck on August 29, 2022.

3.

### Michael J. Dunn, M.D.

Dr. Dunn specializes in orthopedics, primarily in the hand and shoulder regions. Dr. Dunn is affiliated with Southern Orthopedics and Sports Medicine. Dr. Dunn is expected to testify about his treatment of Plaintiff, specifically including but not limited to injuries relating to the Plaintiff's cervical spine and neck. Dr. Dunn is further expected to testify that Plaintiff suffered injuries to his cervical spine, discs, and muscles in his neck. Dr. Dunn is expected to testify about Plaintiff's injuries, pain, and other complaints involving Plaintiff's lumbar spine and back. Dr. Dunn is also expected to testify that Plaintiff suffered disc injuries and strained muscles in his neck.

Furthermore, Dr. Dunn is expected to testify that Plaintiff has lumbar foraminal stenosis. Dr. Dunn is expected to testify that, within a reasonable degree

of medical certainty, his treatment of Plaintiff was medically necessary. Dr. Dunn is expected to testify within a reasonable degree of medical certainty, that Plaintiff injured his back and spine when he was involved in the August 29, 2022, wreck at Interstate-95 mile marker 63 northbound.

4.

### William C. Rice, Jr., MD

William C. Rice, Jr., MD specializes in diagnostic radiology Dr. Rice reviewed Plaintiff's diagnostic imaging, including MRI taken of Plaintiff's lumbar and cervical spine. Dr. Rice, Jr. is expected to testify regarding the results and his findings with respect to Plaintiff's diagnostic imaging of Plaintiff's lumbar and cervical spine MRI. More specifically, Dr. Rice, Jr. may testify as to the MRIs showing disc bulge and left foraminal to far lateral disc herniation with neural foraminal narrowing and probable contact of the exiting left L5 nerve root by disc material.

Additionally, Dr. Rice, Jr. is also expected to testify that at L3-L4, there is a disc bulge with spinal canal stenosis. Dr. Rice, Jr. would also testify that it is medically probable that the above-referenced images, findings, and impressions are related to the August 29, 2022, wreck at Interstate-95 mile marker 63 northbound. Dr. Rice, Jr.'s opinions will be within a reasonable degree of medical certainty.

5.

**Timothy Powell, M.D.**

Dr. Timothy Powell specializes in anesthesiology, where he is currently affiliated with Premier Surgery Center. Dr. Powell is expected to testify at trial regarding the anesthesia process, surgery, and pre-and-post operative measures. Dr. Powell is expected to testify about the therapeutic epidural steroid injection and the procedure that was performed on January 31, 2023. Dr. Powell is expected to testify it is medically probable that the above-mentioned injection is related to and resulted from the August 29, 2022, wreck at Interstate-95 mile marker 63 northbound. Dr. Powell's opinions will be within a reasonable degree of medical certainty.

6.

**Angela Ashley, M.D.**

Dr. Ashley is a board-certified neurologist specializing in the treatment of traumatic brain and head injuries, neurological conditions and injuries, and therapeutic and neurological treatment modalities. Dr. Ashley is expected to testify regarding her neurological evaluation and treatment of Plaintiff following the subject-wreck. Dr. Ashley will also testify about Plaintiff's cognitive impairment, neurological deficits, and related symptoms based on her treatment through Restoration Neurology in McDonough, Georgia.  It is expected that Dr. Ashely will testify regarding Plaintiff's medical care relating to her treatment of Plaintiff, in addition to testifying that Plaintiff suffered a traumatic head and brain injury as a result of the subject-wreck. Further, Dr.

Ashley will testify on her medical care regarding the foregoing issues/injuries and resulting impairment were, to a reasonable degree of medical certainty, the result of the subject-wreck on August 29, 2022.

7.

**Jeremy B. Hertza, Psy.D., ABN**

Dr. Hertza is a board-certified neuropsychologist through Neuropsych Centers of Georgia. Dr. Hertza is expected to testify about his treatment of Plaintiff's cognitive performance and impaired verbal attention. Dr. Hertza is expected to testify Plaintiff's emotional distress, personality and mood, and neurocognitive disorder due to traumatic brain injury. Dr. Hertza is further expected to testify that Plaintiff showed deficits on measures of psychomotor speed and processing speed. Dr. Hertza's opinions will be within a reasonable degree of medical certainty.

8.

**Alina Fong, PhD., Mark Allen, PhD, Lynn Gaufin, MD.**

Dr. Fong evaluated Plaintiff for his head and brain injury, cognitive impairment, and neurological deficits through CognitiveFx along and with the assistance from Dr. Allen and Dr. Gaufin (the forgoing professionals are hereinafter referred to collectively as "CognitiveFx"). CognitiveFx specializes in the field of neuropsychology, cognitive assessment, and treatment. CognitiveFx is expected to testify regarding multiple neurocognitive evaluations of Plaintiff, neuropsychological and cognitive therapy provided to Plaintiff, interpretation of neurocognitive imaging, and assessment of

Plaintiff's head and brain injury. It is also expected that Dr. Ashley will testify on the impact of those injuries from the standpoint of cognitive impairment, Plaintiff's post-concussive syndrome, and Plaintiff's need for treatment and impairment as he moves forward from this wreck. It is expected that CognitiveFx will further testify that Plaintiff suffered a traumatic head and brain injury as a result of the subject-wreck, and that his medical care regarding issues with that injury and resulting impairment were, to a reasonable degree of medical certainty, the result of the subject-wreck on August 29, 2022.

9.

**Andrew Wesley White, M.D., Trent Schueneman, M.D.**

Dr. White and Dr. Schueneman are physicians affiliated with the Brunswick Campus of the Southeast Georgia Health System. Dr. White and Dr. Schueneman examined Plaintiff in the emergency room shortly after the subject-wreck occurred on August 29, 2022. Dr. White and Dr. Schueneman will testify regarding Plaintiff's complaints in the emergency room, initial evaluation in the emergency room, their treatment, review of diagnostic tests/imaging, and assessment of Plaintiff and his injuries. Dr. White and Dr. Schueneman are expected to testify that, within a reasonable degree of certainty, their treatment in the emergency room and following the subject-wreck were medically necessary. Dr. White and Dr. Schueneman are also expected to testify, within a reasonable degree of certainty, that Plaintiff suffered multiple

orthopedic, spinal, head, and brain injuries when he was involved in the wreck at I-95 mile marker 63 northbound on August 29, 2022.

This 15<u>th</u> day of <u>September</u>, <u>2023</u>.

        **MORGAN & MORGAN**

        By: /s/*William J. Degenhart*
          **WILLIAM J. DEGENHART**
          Georgia Bar No. 384018
          **PARKER M. GREEN**
          Georgia Bar No. 130593
          **JOHN O'BRIANT**
          Georgia Bar No. 133201
          *Attorney for Plaintiff*

178 S. Main Street, Ste. #300
Alpharetta, Georgia 30009
(404) 790-0117 (mobile)
pgreen@forthepeople.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served, via statutory electronic service, a true and correct copy of the foregoing ***Plaintiff's Disclosure of Expert Witnesses*** to the following counsel of record, addressed as follows:

Edward M. Hughes, Esq.
Tracy C. O'Connell, Esq.
Beth M. Brooks, Esq.
ELLIS PAINTER
Post Office Box 9946
Savannah, Georgia 31412
bhughes@ellispainter.com
toconnell@ellispainter.com
bbrooks@ellispainter.com
*Attorneys for Defendant*

This 15th day of September, 2023.

**MORGAN & MORGAN**

By: */s/William J. Degenhart*
**WILLIAM J. DEGENHART**
Georgia Bar No. 384018
**PARKER M. GREEN**
Georgia Bar No. 130593
**JOHN O'BRIANT**
Georgia Bar No. 133201
*Attorney for Plaintiff*