**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORIGA**
**BRUNSWICK DIVISION**

THOMAS STARK,

       *Plaintiff,*

vs.

ARA TRANSPORT INC., CANAL
INSURANCE COMPANY and ALEXIS
RODRIGUEZ,

       *Defendants.*

CIVIL ACTION FILE
NO.:    2:23-cv-00074

**PLAINTIFF'S 3rd SUPPLEMENTAL**
**DISCLOSURE OF EXPERT WITNESSES**

Pursuant to Fed. R. Civ. P. 26(a)(2)(C), Plaintiff discloses the following expert witnesses:

Plaintiff's investigation and discovery in the above-styled action continue and, therefore, Plaintiff reserves the right to supplement, modify, or amend these responses, if necessary, to conform to facts and evidence as the parties develop same over the course of litigation. All rights of the Plaintiff are expressly reserved and nothing in the responses that follow is intended and/or serves as a waiver of any and all rights of the Plaintiff consistent with the Georgia Civil Practice Act and Federal Rules of Civil Procedure.

Subject to and without waiving the foregoing objections, Plaintiff responds

to each Interrogatory as follows:

10.

**<u>George Chapman Olive, Jr,. M.D.</u>**

Plaintiff identifies George Chapman Olive, M.D., Certified Life Care Planner, as an expert who will be called to testify at trial.  Dr. Olive will testify as to Plaintiff's future medical care and costs. For further response, see attached Life Care Plan report, fee schedule, medical expert history, and *curriculum vitae* produced herewith as ***Exhibit #1***, which contains the following information as it relates to Dr. Olive and his qualifications.

This <u>26</u>th day of April, <u>2024,</u>

**MORGAN & MORGAN**

By: */s/Parker M. Green*
**PARKER M. GREEN**
Georgia Bar No. 130593
**WILLIAM J. DEGENHART**
Georgia Bar No. 384018
**JOHN O'BRIANT**
Georgia Bar No. 133201
*Attorney for Plaintiff*

11605 Haynes Bridge Road, Suite 490
Alpharetta, Georgia 30009
(404) 790-0117 (mobile)
pgreen@forthepeople.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served, via statutory electronic service, a true and correct copy of the foregoing ***Plaintiff's 3ʳᵈ Supplemental Disclosure of Expert Witnesses*** to the following counsel of record, addressed as follows:

Edward M. Hughes, Esq.
Tracy C. O'Connell, Esq.
Beth M. Brooks, Esq.
ELLIS PAINTER
Post Office Box 9946
Savannah, Georgia 31412
bhughes@ellispainter.com
toconnell@ellispainter.com
bbrooks@ellispainter.com
*Attorneys for Defendant*

This 26ᵗʰ day of April, 2024,

**MORGAN & MORGAN**

By: */s/Parker M. Green*
    **PARKER M. GREEN**
    Georgia Bar No. 130593
    **WILLIAM J. DEGENHART**
    Georgia Bar No. 384018
    **JOHN O'BRIANT**
    Georgia Bar No. 133201

    *Attorney for Plaintiff*

11605 Haynes Bridge Road, Suite 490
Alpharetta, Georgia 30009
(404) 790-0117 (mobile)
pgreen@forthepeople.com