UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERK'S MINUTES

CASE NO. 2:23-cv-74     DATE: 8/6/2024

TITLE: Thomas Stark v. ARA Transport, Inc., et al.

HONORABLE BENJAMIN W. CHEESBRO     COURTROOM DEPUTY: KIM MIXON

COURT REPORTER: BWC-CHAMBERS     TIME: 3:00-3:42     TOTAL: 42 minutes

**PLAINTIFF:**     **COUNSEL FOR PLAINTIFF:**

Thomas Stark     John S. O'Briant, III

**DEFENDANTS:**     **COUNSEL FOR DEFENDANTS:**

ARA Transport, Inc.     Edward M. Hughes
Alex Rodriguez     Tracy C. O'Connell
Canal Insurance Company     Dennis B. Keene
    Gregory Lucas Finch

**TELEPHONIC STATUS CONFERENCE**

Telephonic status conference held to discuss latest Scheduling Order. Doc. 52.
Court reviews current deadlines.
Court acknowledges receipt of parties' Joint Status Report. Doc. 61.
Parties state in their Joint Status Report that ruling on the Motion for Sanctions may have bearing on discovery and schedule in the case.
Court hears from parties.
Mr. O'Briant states Plaintiff needs to conduct deposition of the life care planning expert and there could be need for a rebuttal expert.
Mr. O'Briant describes dispute over tax records. Mr. O'Briant states Plaintiff will agree to drop the wage claim. Mr. O'Briant will agree to defense filing a Motion to Compel to obtain records from accountant but does not believe any additional information will come from it.
Mr. O'Briant explains the life care planner expert deposition was scheduled but then cancelled just before the scheduled date. Mr. O'Briant explains there is fee for the expert's services because it was cancelled just shy of the scheduled date.
Mr. O'Briant asks the Court to extend trial deposition deadline.
Mr. O'Briant states Plaintiff has already signed "countless" authorizations for defense to obtain medical records.

**Ms. O'Connell states defense is seeking the tax returns to address the loss wage claim and contends the evidence is relevant to other matters.  Ms. O'Connell asks for permission to file motion to compel against the Plaintiff's accountant.**
**Ms. O'Connell explains she requested an additional release for additional records, not the same records previously requested/authorized.**
**As to the deposition of the life care planner, defense is planning to depose the life care planner on August 13th.  Defense may seek additional time for rebuttal.**
**Defense has continued to produce documents that are within its possession, custody, or control.**
**Court authorizes defense to file a motion to compel the accountant to provide tax records of Plaintiff.**
**Parties are to continue to confer on the loss of wage claim.**
**Court states there is no reason to delay depositions.**
**Parties are to confer on the outstanding deposition fee demanded by LCP Pro, LLC and present any unresolved issues to the Court if they need help with a resolution.  Defense states it will work with the Plaintiff on this issue.**

**Mr. Keene states he recently learned the rate for the life care planner, which he contends is excessive, but will confer with parties for resolution.**
**Mr. Keene suggest the parties obtain a summary transcript of Plaintiff's financial information from the IRS.**
**Depending on the ruling of a forthcoming motion to compel, Mr. Keene may have interest in possible mediation with the Court.**

**Parties are to continue to confer.**
**Parties should contact the Court for assistance on any unresolved discovery disputes.**