# EXHIBIT A

STATE OF GEORGIA            )
                            )
COUNTY OF CHATHAM   )

### AFFIDAVIT OF KAICYN REBEKAH MURRAY

PERSONALLY APPEARED before the undersigned officer, duly authorized by law to administer oaths, Kaicyn Rebekah Murray, who after first being sworn, deposes as follows:

1. I am over 18 years of age and otherwise competent to testify.

2. This affidavit is based upon my personal knowledge.

3. I am a paralegal with the law firm of Ellis Painter and in that capacity have assisted with the case *Thomas Stark v. ARA Transport, Inc., Canal Insurance Company and Alexis Rodriguez*, United States District Court, Southern District, Brunswick Division, Case No. 2:23-cv-00074-LGW-BWC.

4. On January 24, 2024, I accessed the Motive Driver dashboard using the login credentials of Alexis Rodriguez. The next day I extracted the six months of driver logs that were included in Defendants' 5th supplemental production to Plaintiff, totaling 178 pages.

5. On April 17th, attorney Edward Hughes sent an email to Motive's legal representative, Lauren Whittemore, in order to request timestamps for log uploads (*see figure A*). On the same date, I called Motive Support to either obtain this data or be provided with the contact information of someone who would be willing to sit for a deposition. Based on the response of Motive's legal team, I emailed Motive in order to create a "ticket" and be contacted by someone who could assist answering our questions (*see figure B*).

| | |
|---|---|
| **From:** | Edward M. Hughes |
| **Sent:** | Wednesday, April 17, 2024 12:17 PM |
| **To:** | Lauren Whittemore |
| **Cc:** | Tracy O'Connell; Doreen Long; Laura Horn; Rebekah Murray |
| **Subject:** | RE: Motive Subpoena |

Ms. Whittemore I am one of the lawyers involved in the lawsuit that generated the communications below. We represent the defendants, including ARA Transportation that I believe had the account with Go Motive and have been cooperating with opposing counsel in an effort to get to the bottom of some issues relating to access to the account. Go Motive was able to produce log records for the company & driver we represent. Opposing counsel has asked that we try to determine if there is a screen shot or access information on the logs that would reveal who entered the information on the logs and the date the document was created, and the entries made.

(*figure A*)

| | |
|---|---|
| **From:** | Rebekah Murray |
| **Sent:** | Wednesday, April 17, 2024 11:45 AM |
| **To:** | legal@gomotive.com |
| **Cc:** | Doreen Long |
| **Subject:** | 135-14- Go Motive Log Upload Data |

Good afternoon,

My name is Rebekah Murray and I am a paralegal assisting attorneys Edward Hughes and Tracey O'Connell. This firm has been hired to represent Defendants Alexis Rodriquez and ARA Transport (an independent driver and a logistics company/contractor who used Go Motive). We need to know if there is a way to see when an individual log has been uploaded (timestamps) and if it is possible to determine who uploaded the logs. My direct phone number is 912-629-2759. Please have someone from your office reach out at their earliest convenience. Thank you and have a wonderful day.

(*figure B*)

6.      On April 19th, I emailed Plaintiff's counsel (John O'Briant) to update him that I had created a Motive support ticket (*see figure C*) and would continuously contact Motive until the information being sought by all parties was uncovered.

| | |
|---|---|
| **From:** | Rebekah Murray |
| **Sent:** | Friday, April 19, 2024 10:15 AM |
| **To:** | Edward M. Hughes; John O'Briant x32879; Laura Horn; Parker Green x32905; Alisha Jackson x32878; Cecelia Nelson x32889; Kierria Jones x32933 |
| **Cc:** | Matt Smith; aratransport17@yahoo.com; woodbury6066@yahoo.com; Tracy O'Connell |
| **Subject:** | RE: Stark v. ARA Transport No.: STSV2023000026 - Claim No. L538009 |

Good Morning,

As Bubba has explained, I am working to establish a line of communication with the Motive legal/compliance team. When I spoke to an associate from the compliance team, they informed me that the only way to communicate with legal is to open up a "ticket" and create a claim. I have followed their instructions but have not received confirmation that a ticket has been created. What I can do is be a persistent thorn in Motive's side until I am connected with someone who can give all parties the information being sought.

As for the temporary solution you proposed, the official timestamps of the entries are not visible anywhere on the desktop "driver" version of the application. This is why we are having to go through the legal department. We are trying to figure out which department has access to the timestamps and how we can obtain them.

*(figure C)*

7. Later that same day, I called Motive support for a second time, inquiring as to the status of the request. Based on this call, I understood that in order for any account information concerning ARA Transport to be shared or discussed, ARA's administrator for their Motive account would have to be present on the call.

8. On April 23rd, I drafted an authorization form for ARA to execute to assist with access.

9. On April 24th, I attempted another call to Motive support, this time seeking help from Motive's IT department. I again emailed Motive's legal team in a second attempt to create a support ticket and obtain access to Motive's metadata.

10. Jheinel Ravelo of ARA contacted me on April 26th confirming he was going to contact Motive support to assist in obtaining the reports that would hopefully contain the information being sought be all parties.

11. I made another attempt to email Motive's legal team on April 29th in order to confirm that Motive received either of the two requests for contact and open up a line of

3

communication. Later that day, Travis Baskin, a representative from Motive, finally responded. *(see figure D)*.

| | |
|---|---|
| **From:** | Travis Baskin <travis@gomotive.com> |
| **Sent:** | Monday, April 29, 2024 11:04 AM |
| **To:** | Motive Legal |
| **Cc:** | Rebekah Murray; Doreen Long; Tracy O'Connell; Holly Humphries; Edward M. Hughes |
| **Subject:** | Re: URGENT: Request for Motive Legal Contact |

Hello,

What questions do you have?
On Monday, April 29, 2024 at 7:24:17 AM UTC-6 Rebekah Murray wrote:

*(figure D)*

12. I again sent Plaintiff's counsel John O'Briant a brief summary of what had been disclosed by Motive support in an April 29th email. This email was sent to assure Plaintiff's counsel that we were continuing to work towards obtaining this information but would take some time to obtain. *(figure E)*

| | |
|---|---|
| **From:** | Rebekah Murray |
| **Sent:** | Monday, April 29, 2024 10:14 AM |
| **To:** | Edward M. Hughes; 'John O'Briant x32879'; Laura Horn; 'Parker Green x32905'; 'Alisha Jackson x32878'; 'Cecelia Nelson x32889'; 'Kierria Jones x32933' |
| **Cc:** | 'Matt Smith'; 'aratransport17@yahoo.com'; 'woodbury6066@yahoo.com'; Tracy O'Connell |
| **Subject:** | RE: Stark v. ARA Transport No.: STSV2023000026 - Claim No. L538009 |

Good Morning,

I hope this email finds you well. As you may recall, I have been reaching out to Motive, the company ARA Transport used to store and track their logistics data. I have spoken with a representative from the Motive IT department and have been trying to collect the Trip History Reports and the Detailed Log Reports. The rep advised that the detailed reports show a more in-depth history of the driver's movements when compared to the Driver's Daily Log. The representative also advised that, because the logs are recorded through constant tracking of time and location, they are unable to be retroactively added or altered. In order to substantiate this claim, we are trying to obtain the above-mentioned reports. Due to Motive's privacy policy and the fact that ARA Transport's Motive account is no longer active, this process is taking some time. We are working to obtain these reports as quickly as possible and appreciate your patience in this matter. Please feel free to reach out if you have any questions. Thank you for your time and have a wonderful rest of your week.

4

*(figure E)*

13. On April 30th, I contacted Motive IT to address an issue being raised on the time increment of Defendant Rodriguez's duty status timestamps but was directed to submit another email to Motive's legal team and create a ticket.

14. Without any meaningful response from Motive support, Mr. Hughes made another attempt to contact Ms. Whittemore and expressed concern over the lack of response *(see figure F)*.

| | |
|---|---|
| **From:** | Edward M. Hughes |
| **Sent:** | Tuesday, May 7, 2024 2:30 PM |
| **To:** | Lauren Whittemore |
| **Cc:** | Tracy O'Connell; Doreen Long; Laura Horn; Rebekah Murray; aratransport17@yahoo.com |
| **Subject:** | FW: Motive Subpoena///// ARA Transportation , LLC |

Ms Whittemore – I am following up on the below email and our effort to develop facts relating to edits made in the records of ARA Transportation, LLC . Unfortunately, despite efforts by several of us to obtain necessary information to hopefully protect our client in common, ARA Transportation, LLC . we have not been able to accomplish that. I believe we have reached an impasse. I would prefer still to have an opportunity to speak with you on this before serving another subpoena and hopefully address the items you objected to previously. To the extent required, please consider this a good faith effort on our part to resolve a discovery dispute. We will need to have this resolved due to the expiration of our discovery period so please let me know a good number where I can reach you or whoever you might suggest I speak to, however, I plan to move forward with a subpoena and a Rule 30(b)(6) notice if this is not resolved by Friday of this week.

*(figure G)*

15. On May 21st, Ms. Whittemore provided a very brief response *(See figure H)* that basically was non-responsive and directed us back to the Motive Help Center. Following this directive, I again examined Motive "FAQ's" located in the Motive Help Center. It had become increasingly apparent that Motive would not grant us the information being sought.

| | |
|---|---|
| **From:** | Lauren Whittemore <lauren.whittemore@gomotive.com> |
| **Sent:** | Tuesday, May 21, 2024 1:34 AM |
| **To:** | Edward M. Hughes |
| **Cc:** | Tracy O'Connell; Doreen Long; Laura Horn; Rebekah Murray; aratransport17@yahoo.com |
| **Subject:** | Re: FW: Motive Subpoena///// ARA Transportation , LLC |

Hello,

My colleague Travis Baskin responded to Rebekah's email on April 29, 2024. Driver logs are generated by the Motive system as the driver is operating the vehicle. Information about how to see edits made to a log is available here: https://helpcenter.gomotive.com/hc/en-us/articles/6175752419485-How-to-view-the-Driver-s-log-edit-history

*(figure H)*

16. On May 8th, I again called Motive support. I made additional inquiries regarding Motive procedures and timestamp metadata. It was confirmed that ARA called on April 29th, but there was no note in the file that mentioned consent for account access had been given.

17. On May 15th I was able to access Motive's administrative account. From there, using the information gleaned from Motive Help Center, I obtained the screenshots detailing all edits made to Defendant Rodriguez's driver's logs. These screenshots were shared with Plaintiff's counsel in Defendants' 9th supplemental production on June 26, 2024.

18. Given the lack of meaningful assistance, Mr. Hughes sent an email asking for her telephone number (*see figure I*). At this point in time, we had not received any other responses from Travis Baskin or any other representative of Motive.

| From: | Edward M. Hughes |
|---|---|
| Sent: | Tuesday, May 21, 2024 9:11 AM |
| To: | Lauren Whittemore |
| Cc: | Tracy O'Connell; Doreen Long; Laura Horn; Rebekah Murray; aratransport17@yahoo.com |
| Subject: | RE: FW: Motive Subpoena///// ARA Transportation , LLC |

Thank you Lauren. Would you be willing to share your phone number so that I can follow up on some of your questions. It may no longer be necessary and I will be in touch once that is determined but we are defending a matter and trying to resolve some claims of spoliation and this is very important to the case.
I appreciate it. I am trying to avoid us all ending up in a deposition about all of this.

*(figure I)*

19. On May 23rd, Ms. Whittemore finally sent her response (*see figure J*). Ms. Whittemore ignored the request for her phone number and instead, diverted the question to Mr. Travis Baskin, the same induvial that had not responded to the April 29th email.

| | |
|---|---|
| From: | Lauren Whittemore <lauren.whittemore@gomotive.com> |
| Sent: | Thursday, May 23, 2024 6:13 PM |
| To: | Edward M. Hughes |
| Cc: | Tracy O'Connell; Doreen Long; Laura Horn; Rebekah Murray; aratransport17@yahoo.com |
| Subject: | Re: FW: Motive Subpoena///// ARA Transportation , LLC |

My colleague Travis Baskin is the best resource for these questions as they have to do with the regulatory requirements for ELDs. If the driver is connected to the Vehicle Gateway in the vehicle the driver signature will be recorded as an event in the driver log, but if the driver is not connected to the Vehicle Gateway and is manually entering the data into the Driver App, the timing of the signature is not captured as a separate event. If the driver is connected to the Vehicle Gateway, the Driver Log will include the ELD ID, ELD Provider and each driving event in the log will include odometer and engine hour data. If that data is not present, it is an indication that the driver was not connected to the Motive Vehicle Gateway and the data was entered manually by the driver. If you have additional questions I can connect you with Travis.

*(figure J)*

20. On June 6th, Mr. Hughes sent a follow up email to Mr. Baskin (*see figure K*). In this email, Mr. Hughes simply requested that Mr. Baskin respond to the email that was originally sent on April 29th. Mr. Baskin never responded.

| | |
|---|---|
| From: | Edward M. Hughes |
| Sent: | Thursday, June 6, 2024 5:33 PM |
| To: | Travis Baskin |
| Cc: | Tracy O'Connell; Doreen Long; Holly Humphries; Rebekah Murray; Laura Horn |
| Subject: | RE: URGENT: Request for Motive Legal Contact |

I sent the below at the end of April but did not receive a response that I can locate. Please do so as soon as possible. We have a phone hearing with the Magistrate at 11:30 EDT tomorrow.

*(figure K)*

21. On July 1st, Mr. Hughes emailed Ms. Whittemore, this time copying Mr. Baskin as well (*see figure L*) asking for confirmation whether or not metadata would be accessible on the Motive administrator dashboard, or if it was only accessible on Motive's external cloud.

7

| | |
|---|---|
| From: | Edward M. Hughes |
| Sent: | Monday, July 1, 2024 5:12 PM |
| To: | Lauren Whittemore |
| Cc: | Travis Baskin; Tracy O'Connell; Doreen Long; Laura Horn; Rebekah Murray |
| Subject: | RE: FW: FW: Motive Subpoena///// ARA Transportation , LLC- Maybe the last questions |

Lauren – thanks for the below again.
We have now been asked about Meta date on the edits or entries into the logs. I do not think meta data is accessible through the driver or administrator's accounts. Is that correct? I would assume it has to be stored on the cloud with original entries or possibly in the phone ap, but I do not know and I have never personally searched for metadata on a site like this or actually any site at all. I am vaguely familiar with what it is but not far enough along to know the answer .

*(figure L)*

22. During additional research on the Motive Help Center, I saw that some Motive users can obtain a "Log Edit Report," but the option for obtaining this report was not available on ARA's Motive account.

23. Believing this report might lead to the metadata Plaintiff's counsel was requesting, I made another call to Motive on July 16th. I understood that a user would only be able to see if the logs were signed, but not when they were signed.

24. On July 24th, Mr. Hughes and I along Ms. Carascal of ARA called Motive support to confirm authorization to discuss account details with counsel. From there, a new ticket was generated. (*see figure M*).

8

From: Motive Support <support@gomotive.com>
Date: July 25, 2024 at 1:28:07 PM CDT
To: ANGYP.89@gmail.com
Subject: Motive Support Request Received: 08423597

<div < div="">
Hi Angy,

Thank you for submitting your request to the Motive Technical Support team. This is to confirm that we've received your request and a member of the team will be responding soon.

Your case number for the issue reported is 08423597. Please reference this if contacting Technical Support about this request.

*(figure M)*

25.  That same day, Mr. Samuel Richardson of Motive confirmed (*see figure N*) that the request for metadata had been forwarded to the appropriate team.

From: Motive Support <support@gomotive.com>
Date: July 25, 2024 at 3:56:48 PM EDT
To: ANGYP.89@gmail.com
Subject: RE: 08423597 ll FA ll Need Data ll Contact Name: Angy

Hi Angy,

My name is Samuel Richardson, and I am a Technical Support Engineer at Motive. Your ticket number 08423597 has been assigned to me to assist you in troubleshooting the reported issue and finding a resolution. I am currently reviewing all the provided information and conducting a thorough analysis and will quickly update you with a comprehensive update and a resolution plan soon.

Thank you for choosing Motive as your trusted fleet management service provider. We value your business and look forward to fixing this for you.

Regards,
Samuel R
Motive

*(figure N)*

26.     On July 29th, Mr. Richardson finally reached out to Ms. Carascal (*see figure O*) confirming that the "Log Audit Report" would show more detailed information regarding log edits but the log audit report was still in testing and not live at that time.

**From:** Motive Support <support@gomotive.com>
**Date:** July 29, 2024 at 7:07:36 PM EDT
**To:** ANGYP.89@gmail.com
**Subject: RE: 08423597 II FA II Need Data II Contact Name: Angy**

Hi Angy,

We tried contacting you via phone but couldn't connect. However, we've checked the data and unfortunately, the requested report is not available. The team is working on a "Log Audit Report" that would help fleet admins review if an edit/change was made to the driver's log. However, this report is in testing and is not live yet.

Please let me know if you have any other questions or want me to clarify anything. I am always glad to help in any way I can.
Feel free to reach us on our 24/7 Support Helpline at (855) 434-3564.

Thanks,
Samuel Richardson
Motive

*(figure O)*

27. On August 15th, I sent another request to Motive support (*see figure P*) to keep the ticket opened by Motive Support and again made requests for metadata associated with log signature timestamps.

| | |
|---|---|
| **From:** | Rebekah Murray |
| **Sent:** | Thursday, August 15, 2024 2:44 PM |
| **To:** | support@gomotive.com; 89angyp |
| **Cc:** | Edward M. Hughes; Beth Brooks; Laura Horn |
| **Subject:** | Follow Up: 08423597 II FA II Need Data II Contact Name: Angy |

Good afternoon,

On July 29, 2024, our client Angy Carascal received Mr. Samuel Richardson's response to our request for increased access to metadata. This pertains to DOT number 2376808, company name ARA Transport. Angy, the Fleet Admin, is copied on this email. She has given Motive explicit permission to discuss her account details with us during a telephone call with Motive Support. We would like to address the response to our request. We were informed that the "Log Audit Report" was still in testing and would not be available. We are looking for metadata for log signatures so that we are able to see when a log has been signed. We are also looking for extended access to metadata that is not typically visible on the Motive user dashboard. We would like to reopen this request and escalate this issue. Can you advise as to a direct phone number of someone that can assist us? We will be happy to have Angy on the call as well. Thank you for your time and have a wonderful day.

11

(*figure P*)

28.     Motive Support generated a new ticket and sent an email confirmation to me (*see figure Q*).

From:       Motive Support <support@gomotive.com>
Sent:       Thursday, August 15, 2024 2:44 PM
To:         Rebekah Murray
Subject:    Motive Support Request Received: 08494789



<div < div="">
Hi Rebekah,

Thank you for submitting your request to the Motive Technical Support team. This is to confirm that we've received your request and a member of the team will be responding soon.

Your case number for the issue reported is 08494789. Please reference this if contacting Technical Support about this request.

(*figure Q*)

29.     In addition to emailing Motive support, I also messaged Mr. Richardson (*see figure R*) again requesting metadata information.

From:       Rebekah Murray
Sent:       Wednesday, August 21, 2024 4:12 PM
To:         Motive Support; angyp.89@gmail.com
Cc:         Edward M. Hughes; Beth Brooks
Subject:    RE: 08494789|| Follow Up: 08423597 II FA II Need Data II Contact Name: Angy

Hi Samuel,

Thank you for your response. We are needing metadata for one driver, **Alexis Rodriguez**, from **2/01/2022 through 9/31/2022** and for the entire month of **December 2023**.

Also, if a Motive user has the basic subscription, is that data that is accessible through the Pro and Enterprise subscriptions retained and not shared, or is that data not recorded at all? For data that is tracked and stored, but not visible on the user interphase, how do we access that information?

Thank you again for all of your time and attention to this matter. Have a wonderful day.

12

(figure R)

30. On August 22nd, Mr. Hughes continued his efforts to obtain extended access to Motive metadata via an email to Ms. Whittemore. On August 23rd, she responded to Mr. Hughes (*see figure S*) just that his request was forwarded to the engineering team.

On Thu, Aug 22, 2024 at 12:21 PM Edward M. Hughes <bhughes@ellispainter.com> wrote:

> MS Whittemore – please find an attached letter to you regarding our ongoing efforts to retrieve information from the Go Motive account of ARA. Please understand we are dealing with serious issues in a case pending in US District Court and a pending motion for spoliation and sanctions which we are defending. The opposing firm had initially served a subpoena on Motive Technologies and your response is how you & I originally connected.
>
> Please take a look at the letter attached & call me or send further instructions as soon as possible. We have been trying for a long time to get to the bottom of all of this and have made multiple efforts. It is possible of course that deposition(s) of your company may be the next step & we are trying to provide what is available without having to resort to that which would add to cost, delays etc. . This just does not seem necessary.

**From:** Lauren Whittemore <lauren.whittemore@gomotive.com>
**Sent:** Friday, August 23, 2024 3:59 PM
**To:** Edward M. Hughes
**Cc:** Doreen Long; Holly Humphries; Rebekah Murray; Beth Brooks; Tracy O'Connell; Laura Horn; dkeene@bouhan.com; Gregory L. Finch
**Subject:** Re: Stark v ARA Transport, Canal, et al

Hello,

I have put in a request with the engineering team to see what data is available.

Regards,
Lauren

(figure S)

31. On September 11th, despite indications of no responsive information, Mr. Richardson finally emailed the metadata for when log signatures were entered between February

13

1, 2022 through September 30, 2022 (*see figure T*). This was submitted to Plaintiff's counsel in Defendants' 12th supplemental production.

> **From:** Motive Support <support@gomotive.com>
> **Sent:** Wednesday, September 11, 2024 5:53 PM
> **To:** Rebekah Murray <rmurray@ellispainter.com>
> **Cc:** Edward M. Hughes <bhughes@ellispainter.com>; Beth Brooks <bbrooks@ellispainter.com>; angyp.89@gmail.com
> **Subject:** RE: 08494789|| Follow Up: 08423597 II FA II Need Data II Contact Name: Angy
>
> Hi Rebekah,
>
> Please find the attached pdf file for Alexis Rodriguez's signature data from Feb 1, 2022, to Sep 30, 2022. Please let me know if you have any other questions or want me to clarify anything. I am always glad to help in any way I can.
>
> Feel free to reach us on our 24/7 Support Helpline at (855) 434-3564.
>
> Thanks,
> Samuel Richardson
> Motive

*(figure T)*

Further AFFIANT sayeth not.

_____
Kaicyn Rebekah Murray

Sworn to and subscribed before me this 11th day of October, 2024.

_____
Notary Public

[Notary Seal: HOLLY HUMPHRIES, NOTARY PUBLIC, CHATHAM COUNTY, GEORGIA, Expires 10-4-2025]

14