# EXHIBIT C

**Tracy O'Connell**

**Subject:** FW: Stark v ARA, et al. - tax info

**From:** Tracy O'Connell
**Sent:** Monday, October 7, 2024 11:12 AM
**To:** John O'Briant x32879 <jobriant@forthepeople.com>; Edward M. Hughes <bhughes@ellispainter.com>; Kelli Lester x6799 <KLester@forthepeople.com>; Kierria Jones x32933 <kierriajones@forthepeople.com>; William J. "Jay" Degenhart x4831 <wdegenhart@forthepeople.com>; Bryan Satchwell x32877 <bsatchwell@forthepeople.com>; Nicholas Ayerbe x32873 <nayerbe@ForThePeople.com>; I. bbost@gbklaw.com <I.bbost@gbklaw.com>
**Cc:** dkeene@bouhan.com; Gregory L. Finch <glfinch@bouhan.com>; Lisa Gray <lgray@bouhan.com>; Jody Wade x4835 <jwade@forthepeople.com>; Emily Vincent <evincent@bouhan.com>; Doreen Long <dlong@ellispainter.com>; Holly Humphries <HHumphries@ellispainter.com>; John Harvey <john@johnharveypc.com>; Ronald Fields x32891 <rfields@forthepeople.com>
**Subject:** RE: Stark v ARA, et al. - tax info

John – I can be free from 2:30 – 5:30 today. I am not sure anyone else's availability so hopefully they will chime in. Do you have other availability this week as a back up?
And again, my purpose is to try and clear out/up as many issues as possible in the most reasonable and professional manner possible.
Thanks for your quick response and I look forward to our conversation.



Tracy O'Connell
Ellis Painter
7 East Congress Street, 2nd Floor • Post Office Box 9946 (31412)
Savannah, Georgia 31401
Phone: (912) 233-9700 • Fax: (912) 233-2281
Direct: (912) 231-6734 • Cell: (912) 695-8721
toconnell@ellispainter.com • Website: www.ellispainter.com

**From:** John O'Briant x32879 <jobriant@forthepeople.com>
**Sent:** Monday, October 7, 2024 11:06 AM
**To:** Tracy O'Connell <toconnell@ellispainter.com>; Edward M. Hughes <bhughes@ellispainter.com>; Kelli Lester x6799 <KLester@forthepeople.com>; Kierria Jones x32933 <kierriajones@forthepeople.com>; William J. "Jay" Degenhart x4831 <wdegenhart@forthepeople.com>; Bryan Satchwell x32877 <bsatchwell@forthepeople.com>; Nicholas Ayerbe x32873 <nayerbe@ForThePeople.com>; I. bbost@gbklaw.com <I.bbost@gbklaw.com>
**Cc:** dkeene@bouhan.com; Gregory L. Finch <glfinch@bouhan.com>; Lisa Gray <lgray@bouhan.com>; Jody Wade x4835 <jwade@forthepeople.com>; Emily Vincent <evincent@bouhan.com>; Doreen Long <dlong@ellispainter.com>; Holly Humphries <HHumphries@ellispainter.com>; John Harvey <john@johnharveypc.com>; Ronald Fields x32891 <rfields@forthepeople.com>
**Subject:** RE: Stark v ARA, et al. - tax info

Good morning,

I think I have every reason to be irate, based off the handling of discovery in this matter, the house of cards built on Defendant's lies, and the rhetoric used in the response motions that Plaintiff can point to no relevant documents when the relevant documents were clearly in possession of ARA Rodriguez and Canal. Plaintiff has agreed to every document you have asked for, and absolutely 0 due diligence has been done regarding these

1

Defendants on issues I have raised for nearly a year. Plaintiff has been prejudiced the opportunity to review these in the discovery time frame, and it is quite clear I took these depositions blind as to the numerous issues Defendants have. It is clear hiding the ball has been the strategy employe here, and I likely cannot fathom how much deeper this goes in terms of relevant documents that are accessible to Defendants.

I am free today if needed, but again I will be pushing for every sanction in the book and your answer being struck. The two cases referenced in my earlier email, show how Georgia Courts treat Corporate defendants magically finding things late in litigation, after a myriad of lies.

However here are some of what should be produced.

- Entire downloads of whats App from Rodriguez, and BOTH the 30b6 representatives. As well as confirmation as to how much they have deleted or wiped.

- Dropping the redactions on that What's app that allegedly nether was accessible nor existed , as it is all impeachment evidence. I am very interested to see if Defendants discussed the obviously false affidavits.

- Canal actually responding to the discovery as nearly ever  response will be supplemented and as of today never has been. There are clearly multiple claims that were never disclosed to us in discovery.

- Meta data on these alleged inspections because the odometer isn't there and almost none of the signatures are done on the correct day. (he even signed 2 while driving the night of the collision with Plaintiff shortly before Midnight.

- Clones or direct access to whats app and Motive, as it is clear I cannot trust a single representation made on this evidence and I want to go through it with a fine tooth comb.

- Actual documentation on this alleged computer and its issues

- As we have seen in Whats App, the computer (both promised to be preserved in December of 2023), and the log books your clients will delete, destroy, and edit anything to mitigate their damages.

My cell is 678-983-5900, but it is time Defendants take this matter, as the amicable method was tried and quite clearly Defendants took advantage of me trusting them at their word. It is obvious that word has negative value at this point. I ask you this without me turning up my emails, and getting spoliation would any of this have ever been produced? The answer to that is likely no. Produce everything and repair my ability to trust anything represented to me because I have a duty to represent my client, and it is clear being nice leads to both misrepresentation and being taken advantage of.  The "it's too difficult" or its "gone" followed by oops we found it; circle we are constantly in on this matter is not longer acceptable based off the productions in the last few months. Neither of these programs are complex, and I am by no means a tech genius.

**John O'Briant**
**Attorney**
**T:** (770) 576-7620
**F:** (770) 576-7670

11605 Haynes Bridge Rd, Suite 490,
Alpharetta, GA 30009



$20B+ Recovered • 1,000+ Attorneys • 120+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

2

**From:** Tracy O'Connell <toconnell@ellispainter.com>
**Sent:** Monday, October 7, 2024 10:44 AM
**To:** John O'Briant x32879 <jobriant@forthepeople.com>; Edward M. Hughes <bhughes@ellispainter.com>; Kelli Lester x6799 <KLester@forthepeople.com>; Kierria Jones x32933 <kierriajones@forthepeople.com>; William J. "Jay" Degenhart x4831 <wdegenhart@forthepeople.com>; Bryan Satchwell x32877 <bsatchwell@forthepeople.com>; Nicholas Ayerbe x32873 <nayerbe@ForThePeople.com>; I. bbost@gbklaw.com <l.bbost@gbklaw.com>
**Cc:** dkeene@bouhan.com; Gregory L. Finch <glfinch@bouhan.com>; Lisa Gray <lgray@bouhan.com>; Jody Wade x4835 <jwade@forthepeople.com>; Emily Vincent <evincent@bouhan.com>; Doreen Long <dlong@ellispainter.com>; Holly Humphries <HHumphries@ellispainter.com>; John Harvey <john@johnharveypc.com>; Ronald Fields x32891 <rfields@forthepeople.com>
**Subject:** RE: Stark v ARA, et al. - tax info

John – That is terrible news about Mr. Stark's sister. After seeing the images throughout the swath of Helene's path, I fear there will be much more loss of life.

As we know from Dennis's issues last week, this storm has caused a lot of issues and stress for many. In no way am I comparing loss of life to property damage or other storm related issues but there are certainly distractions and stressors for all not only due to a storm but for a myriad of reasons over time. Unfortunately, I do not believe email exchanges between the parties that could be perceived as argumentative, accusatory, or threatening will help any of us or moves us forward. All said, I want to propose a conference call to see if a discussion might help ease not only the tension but give us an opportunity to have a meaningful discussion of what exactly is being sought in terms of additional documentation not previously provided and potential path to resolve. I believe the court will be looking to all parties to report engagement to address outstanding issues. Please let us know if you are willing to set up a call this week and if so some options (dates/times) for an hour or so call. Thanks



**Tracy O'Connell**
Ellis Painter
7 East Congress Street, 2nd Floor • Post Office Box 9946 (31412)
Savannah, Georgia 31401
Phone: (912) 233-9700 • Fax: (912) 233-2281
Direct: (912) 231-6734 • Cell: (912) 695-8721
toconnell@ellispainter.com • Website: www.ellispainter.com

3