# EXHIBIT D

# Edward M. Hughes

| | |
|---|---|
| **From:** | Edward M. Hughes |
| **Sent:** | Friday, December 29, 2023 8:02 AM |
| **To:** | Parker Green x32905 |
| **Cc:** | John O'Briant x32879; Alisha Jackson x32878; Cecelia Giovanni x32889; Kierria Jones x32933; Tracy O'Connell; Laura Horn; Doreen Long; Holly Humphries |
| **Subject:** | RE: *EXT* Re: Stark v ARA Canal & Rodriguez |

Thanks Parker . I have a matter to deal with this morning on something else but will try to get my addition to you before noon. I suspect that some of the staff will be getting away midday or so & I have no idea about filing, so if we can work on getting it done as soon as we can, it will be best. Whatever though, we will work it out.

We will certainly cooperate on the IME and computer/phone issues once we get this report filed.

I will be in touch. My cell phone # is 912-441-5907. Use it if need be .

Thanks
Bubba

**From:** Parker Green x32905 <pgreen@forthepeople.com>
**Sent:** Thursday, December 28, 2023 5:30 PM
**To:** Edward M. Hughes <bhughes@ellispainter.com>
**Cc:** John O'Briant x32879 <jobriant@forthepeople.com>; Alisha Jackson x32878 <apjackson@forthepeople.com>; Cecelia Giovanni x32889 <cgiovanni@forthepeople.com>; Kierria Jones x32933 <kierriajones@forthepeople.com>; Tracy O'Connell <toconnell@ellispainter.com>; Laura Horn <lhorn@ellispainter.com>; Doreen Long <dlong@ellispainter.com>; Holly Humphries <HHumphries@ellispainter.com>
**Subject:** Re: *EXT* Re: Stark v ARA Canal & Rodriguez

Sounds good and understood about the IME. I'd likely push for something similar if I were defending a case like this. We're probably going to need an expert to inspect your client's computer, cellphone, and Motive ELD hardware/data too. John O'Briant is more "in the know" about those technical details since he's my office's resident brat/millennial.

Either way, we can add any language on that issue to the status report tomorrow as well. Might even be able to accomplish both by agreement if y'all are open to discussing after we submit our status report/motion. I'm around all day tomorrow so will look at the revisions quickly.

To be safe... if there's any delay on my end tomorrow, please call/text me to make sure we get it finalized & timely filed. Don't want it slipping my radar if something else pops up tomorrow. 404-790-0117.

Thanks,
-PG

*\*Sent from my iPhone\*\**

**Parker Green**
Attorney

**P:** (770) 799-2737

F: (770) 800-9097
A: 178 S Main St Unit 300, Alpharetta, GA 30009

## MORGAN & MORGAN
FOR THE PEOPLE.COM

PRACTICE AREAS | LOCATIONS | ATTORNEYS | VERDICT MAG

*A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.*

> On Dec 28, 2023, at 4:41 PM, Edward M. Hughes <bhughes@ellispainter.com> wrote:
>
> **CAUTION: Use caution when clicking on links or opening attachments in this external email.**
>
> ---
>
> I neglected to add a possible motion for an IME to our part. I will add it and circulate again in the morning
> Sent from my iPhone
>
>> On Dec 28, 2023, at 4:09 PM, Parker Green x32905 <pgreen@forthepeople.com> wrote:
>>
>> Thanks for pointing me to your changes. Spoliation argument noted & understood. Nothing to add & all your revisions look good to me. Permission to sign & file on my behalf. Feel free to call if you have any questions or want to discuss before filing. 404-790-0117.
>>
>> Thanks,
>> **-PG**
>>
>> **Sent from my iPhone**
>>
>> **Parker Green**
>> Attorney
>>
>> P: (770) 799-2737
>> F: (770) 800-9097
>> A: 178 S Main St Unit 300, Alpharetta, GA 30009
>>
>> ## MORGAN & MORGAN
>> FOR THE PEOPLE.COM
>>
>> PRACTICE AREAS | LOCATIONS | ATTORNEYS | VERDICT MAG
>>
>> *A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.*
>>
>>> On Dec 28, 2023, at 4:04 PM, John O'Briant x32879 <jobriant@forthepeople.com> wrote:

I'd say we disagree on both Defendants' theory of spoliation as Mr. Stark isn't in control of the dash cam footage of the scene. The ownership or possession of that would fall on The Department and DA. As Mr. Rodriquez succinctly put it in his deposition "I did my job ARA had their job when it came to differing responsibilities of retention of documents and data"

Also we are in disagreement on the prior military records, as we see many documents marked un-redacted that I pointed out in day 2 of the deposition. If Mr. Stark was the head of the FBI or CIA it wouldn't make the classified materials discoverable for national security. Same would apply for his oversees work, and the fact somewhere in the records it mentioned his level of secrecy clearance. I think we pointed that out day 2 as well.

I'll go follow up with Parker as to the other changes

**John O'Briant III**
Attorney

**P:** (770) 576-7620
**F:** (770) 576-7670
**A:** 178 S Main St Unit 300, Alpharetta, GA 30009

**MORGAN & MORGAN**
FOR THE **PEOPLE**.COM

PRACTICE AREAS | LOCATIONS | ATTORNEYS | VERDICT MAG

*A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.*

**From:** Edward M. Hughes <bhughes@ellispainter.com>
**Sent:** Thursday, December 28, 2023 3:54 PM
**To:** Parker Green x32905 <pgreen@forthepeople.com>; John O'Briant x32879 <jobriant@forthepeople.com>; Alisha Jackson x32878 <apjackson@forthepeople.com>; Cecelia Giovanni x32889 <cgiovanni@forthepeople.com>; Kierria Jones x32933 <kierriajones@forthepeople.com>
**Cc:** Tracy O'Connell <toconnell@ellispainter.com>; Laura Horn <lhorn@ellispainter.com>; Doreen Long <dlong@ellispainter.com>; Holly Humphries <HHumphries@ellispainter.com>
**Subject:** *EXT* FW: Stark v ARA Canal & Rodriguez

**CAUTION:Use caution when clicking on links or opening attachments in this external email.**

In reference to the status report, I have made some changes in Section I relating to the discovery. The changes are in the last two paragraphs. I am attaching a redline version and a plain version and want to make sure that it is still agreeable for this to be electronically filed tomorrow. I

3

realize that you may oppose the theory on spoliation, however we are exploring that option at this time.

Please let me know if it is agreeable to proceed.

As you know, this has to be filed tomorrow..

Kindest regards,
Bubba

---

**From:** Laura Horn <lhorn@ellispainter.com>
**Sent:** Thursday, December 28, 2023 3:37 PM
**To:** Edward M. Hughes <bhughes@ellispainter.com>
**Subject:**

John O'Briant jobriant@forthepeople.com
Parker Green pgreen@forthepeople.com
Alisha Jackson apjackson@forthepeople.com
Cecelia Giovanni cgiovanni@forthepeople.com
Kierria Jones kierriajones@forthepeople.com

In reference to the status report, I have made some changes in Section I relating to the discovery. The changes are in the last two paragraphs. I am attaching a redline version and a plain version and want to make sure that it is still agreeable for this to be electronically filed tomorrow. I realize that you may oppose the theory on spoliation, however we are exploring that option at this time.

Please let me know if it is agreeable to proceed.

As you know, this has to be filed tomorrow..

Kindest regards,

<image001.png>    **Laura Horn**
**Legal Assistance to Edward Hughes**
Ellis Painter
7 East Congress Street, 2nd Floor • Post Office Box 9946 (31412)
Savannah , Georgia 31401
Phone: (912) 233-9700 • Fax: (912) 233-2281
lhorn@ellispainter.com • Website:ellispainter.com

4

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.