# EXHIBIT E

# Edward M. Hughes

| | |
|---|---|
| **From:** | Lauren Whittemore <lauren.whittemore@gomotive.com> |
| **Sent:** | Tuesday, December 19, 2023 5:11 PM |
| **To:** | pgreen@forthepeople.com |
| **Cc:** | Edward M. Hughes; Tracy O'Connell; bbrookss@ellispainter.com |
| **Subject:** | Motive Subpoena |
| **Attachments:** | 2023-12-18 Stark v Ara Transport.pdf |

Hello,

Motive Technologies, Inc. received the attached subpoena on December 18, 2023. Motive objects to this subpoena to the extent that it seeks production which would cause Motive to violate the Stored Communications Act; seeks information protected from disclosure by the attorney-client privilege, the work-product doctrine, and/or any other applicable privilege or protection; seeks confidential or highly sensitive information, including without limitation trade secrets, proprietary and/or confidential business information, or information invading an individual's or entity's right of privacy, or which is otherwise prohibited from disclosure because to do so would require Motive to violate legal or contractual obligations to any other persons or entities; requests information that is publicly available, in the possession, custody, or control of the party serving subpoena or another party to this action, and/or equally available to the party serving subpoena or another party to this action; is vague and ambiguous; is not limited by a relevant time period; and does not identify the records sought with adequate specificity.

Without waiving any of these objections or any further objections and/or assertions of privilege or protection Motive may have as to any specific documents when or if such documents are identified in response to the subpoena, I would like to understand whether these documents are being sought from the other parties involved, including our customer or user, and why production from those parties may be deficient to an extent that necessitates our involvement.

Also, with regard to adequately identifying records sought, when seeking records associated with a particular Motive fleet customer, please provide the unique Motive Company Account ID ("KT#######"), found by navigating to the Administrative tab in the Motive company dashboard; when seeking records associated with a particular Motive Driver account, please provide the driver account username which is unique across the Motive platform, found by logging into the Motive App and navigating to the general menu and observing the user name just above the logout button; when seeking records associated with a specific vehicle, please provide the Vehicle ID, which is unique within a specific Motive Company Account, found by navigating to the Administrative tab in the Motive company dashboard and selecting the vehicles tab, as well as the unique Motive Company Account ID.

In general, our End Users and Customers have ready access to their business records by logging into their Motive account(s). If an End User or Customer needs assistance identifying their records they can contact our Support team at 855-434-3564 or at Support@gomotive.com.

For more information, please see Motive's Data Request policy: https://gomotive.com/legal/data-requests/.

1

Regards,
Lauren

**Lauren Whittemore**
**Senior IP Counsel**
lauren.whittemore@gomotive.com

