# EXHIBIT F

## Beth Brooks

| | |
|---|---|
| **From:** | Robert Draper <robert.draper@relevantdatatech.com> |
| **Sent:** | Monday, August 26, 2024 3:55 PM |
| **To:** | Rebekah Murray; travis@gomotive.com; lauren.whittemore@gomotive.com |
| **Cc:** | Edward M. Hughes; Beth Brooks; Laura Horn |
| **Subject:** | Re: 08494789/ Request for Motive Data for DOT 2376808 |

Good afternoon, Travis. I hope that your week is off to a good start. I didn't see a reply to Rebekah's email, and I wanted to follow up in case I missed something from you. Will you please let us know some available dates and times where we can have a brief call to discuss this matter with you.

I look forward to hearing back for you and getting something set up on the calendar.

Regards,
Rob



**Robert Draper**
President | **Relevant Data Technologies**
www.relevantdatatech.com
Office: (770) 455-1445
Toll Free: (877) EDISCO-1
Cell: (678) 618-3584

**6535 Shiloh Road, Suite 500**
**Alpharetta, GA 30005**

Confidentiality Note:
The information contained in this e-mail is strictly confidential and for the intended use of the addressee only. Any disclosure, use or copying of the information by anyone other than the intended recipient is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and securely discard this message

---

**From:** Rebekah Murray <rmurray@ellispainter.com>
**Sent:** Wednesday, August 21, 2024 5:25 PM
**To:** travis@gomotive.com <travis@gomotive.com>; lauren.whittemore@gomotive.com <lauren.whittemore@gomotive.com>
**Cc:** Robert Draper <robert.draper@relevantdatatech.com>; Edward M. Hughes <bhughes@ellispainter.com>; Beth Brooks <bbrooks@ellispainter.com>; Laura Horn <lhorn@ellispainter.com>
**Subject:** RE: 08494789/ Request for Motive Data for DOT 2376808

Hi Travis,

This firm has been retained to represent ARA Transport, DOT No. 2376808. Angy Carascal, ARA's Fleet Manager, gave Motive verbal authority to discuss matters concerning their account with us on July 25, 2024 (via phone call with Motive Support). On April 24, 2024, our office sent Motive's legal team a request for information concerning Motive metadata and log editing. On April 29, we received your response asking us to elaborate. We sent our responses the same day. On

May 21, your colleague Lauren Whittemore (copied to this email) advised us to speak with you regarding questions about log editing and Motive metadata.

Since those emails, we have gained some clarity as to Motive's procedures, but now questions have arisen concerning how we are able to access metadata for logs, signatures, edits, inspection reports, and various other compliance data. We have been in contact with Samuel Richardson (see request 08494789), who is currently attempting to track down this data.

We are still in need of information regarding Motive procedures, data retention, and access to metadata. More specifically, if a Motive user has the basic subscription, is the data that is accessible through the Pro and Enterprise subscriptions tracked but not shared, or is that data not recorded at all? For data that is tracked and stored, but not visible on the user interphase, how do we access that information? We would like to arrange a call, if possible, with a data technician who can answer these questions. We do not want to gain access to proprietary information nor do we wish to make any complaints as to Motive's operation. We will agree to all reasonable restrictions of information. We look forward to hearing from you soon. Thank you for your time and have a wonderful rest of your day.

Best Wishes,
Rebekah Murray



**Rebekah Murray**
**Litigation Paralegal**
Ellis Painter
7 East Congress Street, 2nd Floor • Post Office Box 9946 (31412)
Savannah , Georgia 31401
Phone: (912) 233-9700 • Fax: (912) 233-2281
rmurray@ellispainter.com • Website: ellispainter.com

2