# EXHIBIT G

STATE OF GEORGIA       )
                            )
COUNTY OF FORSYTH    )

AFFIDAVIT OF ROBERT J. DRAPER

PERSONALLY APPEARED before the undersigned officer, duly authorized by law to administer oaths, state of Georgia, County of Forsyth, Robert J. Draper, who after first being sworn, deposes as follows:

1.     I am over 18 years of age and otherwise competent to testify as to the matters stated herein.

2.     I am the owner and president of Relevant Data Technologies and have 25 years of experience supporting matters involving electronic data and leading complex data collections and investigations. I have developed systems and procedures for data processing and wide scale electronic discovery operations including overseeing the operations of General Motors Legal Department Processing Center amongst other companies. I have provided expert testimony in federal matters relating to data identification, preservation and collection among other electronically stored information issues.

3.     In connection with the electronic data recovery issues involving ARA Transportation, Inc., its officers and Alexis Rodriguez, I was retained by Edward M. Hughes of the Ellis Painter law firm and requested to assist him and others at the firm with securing whatever data might be available with the Motive account of ARA Transportation Inc. and/or Alexis Rodriguez. I reviewed publicly available information pertaining to the Motive system. I was able to review the access Ellis Painter was able to obtain through efforts of legal assistant Rebekah Murray. I assisted the firm in providing information about data that would be stored on the database server of Motive records, which stores data that users cannot directly see or access themselves.

The "backend" architecture included inaccessible metadata about signature edits and changes related thereto as well as accessible information from the Motive system.

4.      From my exploration of the accounts with Motive or of ARA Transportation Inc., the level of service records available to ARA Transportation Inc. was limited. That is, the account of ARA did not include all metadata that the Motive system could retain that mat be accessed under a higher level of service agreement and potentially would not contain all metadata stored within Motive's "backend" architecture regardless of the service level agreement.

5.      I also assisted with securing access to the mobile telephone of Alexis Rodriguez. This consisted of retrieving data and saving all data and records into an encrypted file using forensically sound software and process.  Additionally, we created a "Cellebrite" extraction record of all WhatsApp communications that were stored in Mr. Rodriguez's telephone as well as including all communications between Alexis Rodriguez and Jey Ravelo and Angy Carrascal. These accounts contain all communications and messages in a format that would allow metadata on the information therein to be accessed. The Cellebrite reports were provided to Ellis Painter in a link to be downloaded.

6.      I am continuing to assist Ellis Painter representatives including but not limited to Mr. Hughes, Tracy O'Connell and Rebekah Murray in this matter. I have agreed to participate in an "escorted" visit by a forensic expert chosen by plaintiff's counsel to jointly review what is available in the Motive account and the telephone of Alexis Rodriguez. I will also assist with any other technical information requested or required in this matter, including cooperating with any forensic expert designated by counsel.

7.      Without expert assistance, the accessibility of the data on the cell phone of Mr. Rodriguez would not be possible. In other words, the account of Mr. Rodriguez would not allow

2

access to all of the information now provided through our efforts. In order for that information to be obtained, forensic expertise was and is required. The files and the accompanying metadata stored would include messages, photographs, dates created or taken and the location where taken if available. The Cellebrite file provided in the form of an extraction report contained all the metadata for the messages that are accessible in a Cellebrite standard format from the phone as of the date of the download.

Further AFFIANT sayeth not.

ROBERT J. DRAPER

Sworn to and subscribed before
me this 11th day of October, 2024.

Notary Public

EMILY PLUMMER
Notary Public, Georgia
Forsyth County
My Commission Expires
September 22, 2026

3