# EXHIBIT H

⚖ **EFILED IN OFFICE**
CLERK OF STATE COURT
MCINTOSH COUNTY, GEORGIA

**STSV2023000026**

**MAY 12, 2023 11:36 AM**

*Mandy Harrison*
Mandy Harrison, Clerk
McIntosh County, Georgia

## IN THE STATE COURT OF MCINTOSH COUNTY
## STATE OF GEORGIA

THOMAS STARK,

*Plaintiff,*

vs.

ARA TRANSPORT INC., CANAL
INSURANCE COMPANY, and ALEXIS
RODRIGUEZ,

*Defendants.*

CIVIL ACTION FILE
NO.: _____

### PLAINTIFF'S 1ST INTERROGATORIES AND REQUEST FOR
### PRODUCTION OF DOCUMENTS TO DEFENDANTS

**TO:**   ***Defendants by and through their counsel of record.***

Plaintiff, pursuant to O.C.G.A. §§ 9-11-33 and 9-11-34, submits herewith to Defendants

for response within forty-five (45) days after service hereof, in the form provided by law, the

following interrogatories and request for production of documents.

The within interrogatories and request for production of documents are continuing in nature

and require supplemental response upon the discovery of other or further information or documents

pertinent thereto.  In answering the following interrogatories, Defendants are required to give full

and complete information based upon the knowledge, information and belief of all agents,

employees, investigators, adjusters, and insurers of said Defendants.

**1.**

State the name and address of any individual or entity, including any party, who, to your

knowledge, information or belief:

    (a)   Was an eyewitness to the incident complained of in this action;

    (b)   Has knowledge of any fact or circumstance upon which your defense is based;

(c)     Had any ownership or lease interest in the vehicle driven by Defendant Rodriguez on the date of the incident referred to in the Complaint and, for each, describe the nature of the interest; and,

(d)     Has conducted any investigation relating to the incident complained of or the background, employment, medical history, or activities of Plaintiff.

**2.**

To your knowledge, information or belief, has any person identified in your answer to the preceding interrogatory given or prepared any statement or report in connection with this action? If so, describe each such statement or report and provide the name and address of the person having custody and control thereof.

**3.**

Forty-Five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, all such statements or reports.  In lieu thereof, you may attach copies to your answers to these interrogatories.

**4.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, copies of the bill of sale, title, or any other documents relating to the ownership of the vehicle driven by Defendant Rodriguez on the date of the subject-crash. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**5.**

Please provide your current address, current employer, employer on the date of the incident, date of birth, social security number, and driver's license number.

**6.**

Please state the nature of your relationship with any Defendant named above (*i.e.*, family, kin, friends, employer/employee, contractor, coworkers, friends, etc.).

**7.**

Was Defendant Rodriguez on the business of any individual or entity at the time of the incident referred to in the Complaint?  If so, please identify each such individual or entity, stating their name, address, employer, and telephone number.

**8.**

State the point of origin, destination, and reason for the trip that Defendant Rodriguez was making at the time of the incident referred to in the Complaint.

**9.**

Please identify all motor vehicle collisions and moving violations for Defendant prior to and subsequent to the incident referred to in the Complaint, including the date of the event, the location, the jurisdiction and a description of the event.

**10.**

To your knowledge, information or belief are there any videotapes, photographs, plats or drawings of the scene of the incident referred to in the Complaint, the vehicles, and/or Plaintiff? If so, please describe such videotapes, photographs, plats, or drawings and give the name and address of the person having custody and control thereof.

**11.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, all such videotapes, photographs, plats, or drawings.  In lieu thereof, you may attach copies to your answers to these interrogatories.

**12.**

Has any entity issued a policy of liability insurance to Defendant?  If so, state the names of all insurers providing liability insurance and give the limits of coverage of each such policy.

**13.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, any policy of insurance identified in response to the preceding request.  In lieu of this, you may attach copies to your answers to these interrogatories.

**14.**

Has any insurer referred to above denied coverage or reserved its right to later deny coverage under any such policy of liability insurance?  If so, please explain.

**15.**

Do you contend that Plaintiff caused or contributed to the incident in question?  If so, state with particularity each and every contention made in this regard.

**16.**

If you intend to call any expert or technician as a witness at the trial of this action, state the subject matter on which they are expected to testify, state in detail the opinions held by each such expert or technician, and give a complete summary of the grounds for each opinion held.

**17.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, any videotape, photograph, report, data, handwritten or typed notes, memoranda, statements, and/or other document or material reviewed by or generated by an

individual identified in response to the preceding interrogatory.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**18.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, any documents obtained through or in response to a request for production of documents, subpoena, or open records/freedom of information law.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**19.**

In regard to any document which has not been produced on grounds of privilege, please state the following:

    (a)     The date each document was generated;

    (b)     The person generating each document;

    (c)     The present custodian of each document;

    (d)     A description of each document.

**20.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the law offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, any documents obtained via or through a request for production of documents, subpoena, open records request, or FOIA request.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**21.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street,

Suite #300, Alpharetta, GA 30009, any medical records, videotapes, photographs, or other evidence concerning, referencing, or depicting Plaintiffs.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**22.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, any PSP report or similar report from the FMCSA on the defendant driver showing his prior accidents and inspection history.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**23.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, a copy of Defendant Rodriguez's driver qualification file, which includes but is not limited to the following:

    (a)    Application for employment;

    (b)    Copy of his CDL license;

    (c)    Driver's certification of prior motor vehicle accidents;

    (d)    Driver's certification of prior violations of motor vehicle laws;

    (e)    Driver's prior employment history;

    (f)    Carrier's inquiry into his driving record;

    (g)    Carrier's inquiry into his employment record;

    (h)    Documents regarding carrier's annual review of his driving record;

    (i)    Response of each state agency to carrier's annual inquiry concerning his driving record;

    (j)    Certification of driver's road test;

(k)     Medical examiners certificate;

(l)     Statement setting forth in detail any denial, revocation, or suspension of any license, permit or privilege to operate a motor vehicle;

(m)     Training certificates and training documents;

(n)     Drug testing records; and

(o)     Any other documents.

In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**24.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, a copy of Defendant's driver's license. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**25.**

Please identify the cellphone number and service provider for all cellphones owned, used or operated by Defendant on the date of the incident.

**26.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, copies of cellphone records showing incoming and outgoing calls, texts and messages for the date of the incident. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**27.**

Describe the vehicle operated by Defendant Rodriguez at the time of the subject-collision, including but not limited to the year, make, model, mileage, maintenance history, all features,

specifications, special equipment, governors, on-board recording devices, radar detectors, CB radios or other descriptive information regarding the vehicle.

### 28.

Please identify the name, address, and phone number of any repair or maintenance facility that has performed work on the vehicle driven by Defendant Rodriguez at the time of the incident described in the complaint for the past five years.

### 29.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, copies of all maintenance records, repair invoices and work orders concerning the tractor and trailer (including any container or chassis, if applicable) driven by Defendant Rodriguez on the day of the incident referred to in the Complaint for the 1-year period preceding this incident and the 6-month period following this incident.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

### 30.

If Defendant has ever been convicted of any crime, please identify the date of the offense, the jurisdiction and a description of the offense.

### 31.

Did you conduct a post-accident alcohol and controlled substance test on Defendant Rodriguez?  If so, please state:

    (a)      The date of testing;

    (b)      Who performed the test;

    (c)      Where the test was performed; and

    (d)      The results of the test.

**32.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, copies of any printouts, records, correspondence, memoranda, or other documents concerning post-accident alcohol and controlled substance testing of Defendant Rodriguez. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**33.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, the accident register for Defendant for the 1-year period that preceded the incident referred to in the Complaint. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**34.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, copies of any reports, memoranda, notes, logs or other documents evidencing any complaints about Defendant Rodriguez. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**35.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, copies of all safety manuals, brochures, handouts, literature, or other written documents pertaining to safety provided to drivers by Defendant or kept by Defendant. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**36.**

If post-accident testing was not performed on Defendant Rodriguez please state the reasons such testing did not occur.

**37.**

Was a post-accident report completed and sent to the Federal Highway Administration?  If not, please state the reasons that a post-accident report was not completed.

**38.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, any tax records or tags for the vehicle driven by Defendant Rodriguez at the time of the subject-incident.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**39.**

Please state in detail any steps taken by Defendants to supervise the driving of Defendant Rodriguez.

**40.**

Forty-Five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the law offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, copies of any lease, contract, or other agreement regarding vehicle driven by Defendant Rodriguez on the day of the subject-collision.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**41.**

Please state in detail the factual basis for each defense you have raised in your Answer and/or response to the Complaint in the above-styled action.

**42.**

Forty -Five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the law offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, copies of the bill of sale, title, or any other documents relating to ownership of the vehicle that Defendant Rodriguez operated on the date of the subject-crash.  In lieu of this, you may attach copies thereof to your answers to these requests.

**43.**

Forty -Five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the law offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, copies any lease, employment contract, or any other documents regarding the employment status of Defendant Rodriguez.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**44.**

State whether the tractor involved in the collision contained or utilized an on-board recording device, an on-board computer, tachograph, trip monitor, trip recorder, trip master, Qualcomm, Vorad, ECM or device known by any other name which records information concerning the operation of the tractor.

**45.**

Forty -Five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the law offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, copies of any printouts, records or documents produced by any device identified in response to the preceding interrogatory for the six-month period prior to the incident referred to in the complaint.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**46.**

State the name, address, and telephone number for the President, Safety Director, Federal Safety Regulation Compliance Officer, and the Dispatcher for the trip which ultimately resulted in the collision, and all persons who interviewed and were involved with the hiring or associating of Defendant Rodriguez.

**47.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, any trip reports or dispatch records in regard to Defendant Rodriguez for the 2-week period preceding the incident referred to in the Complaint. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**48.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the law offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, a copy of all driver's logs or timecards for Defendant Rodriguez for the 6-month period preceding the incident referred to in the Complaint.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**49.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the law offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, a copy of the bill of lading for any load that Defendant Rodriguez carried for the 8-day period preceding the incident referred to in the Complaint.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**50.**

With respect to the load that Defendant Rodriguez was transporting at the time of the subject-collision, please identify:

    (a)    Where the load originated;

    (b)    The contents thereof;

    (c)    The weight of said load;

    (d)    The final destination of the load; and

    (e)    Any contracts, bills of lading, shipment documents, consignment forms, fax correspondence, or other writings pertaining to the transportation of said load.

**51.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the law offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, copies of all daily, monthly, and annual inspection reports, and any other inspection reports concerning the tractor and trailer (including any container or chassis, if applicable) driven by Defendant Rodriguez on the day of the incident referred to in the Complaint for the 1-year period preceding this incident and the 6-month period following this incident.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**52.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the law offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, copies of all weight tickets, check stubs, fuel receipts, invoices, hotel bills and other records for any expenses incurred by Defendant Rodriguez for the 6-month period preceding the incident referred to in the Complaint.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**53.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the law offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, a copy of Defendant Rodriguez's personnel file and/or employment file for the 2-year period preceding the day of the incident referred to in the Complaint and the 6-month period following this incident.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**54.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the law offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, copies of any driver manuals, guidelines, rules, or regulations issued to drivers by Defendant or kept by Defendant.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**55.**

State the extent of any training provided to Defendant Rodriguez by this Defendant or any outside agency since the date of Defendant Rodriguez's application for employment or the date he began driving for this Defendant, whichever came first.

**56.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the law offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, copies of any documents relating to any training received by Defendant Rodriguez.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**57.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the law offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, any permits or licenses regarding the tractor and trailer driven by Defendant Rodriguez and the load transported by Defendant Rodriguez at the time of the incident referred to in the Complaint.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**58.**

Please explain the nature of the employment relationship between Defendant Rodriguez and this Defendant (i.e., lease operator, company driver, temporary driver, etc.), including, but not limited to: the date the employment relationship began, if the employment relationship has been terminated, the date of such termination, and the identity of the person who terminated such driver.

**59.**

With respect to Defendant Rodriguez, please state the driver's mode of compensation.

**60.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the law offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, the payroll information concerning Defendant Rodriguez for the 6-months prior to and the 2-months subsequent to said collision and his check for the time period covering the date of the subject-crash.  (Note: *Plaintiff's counsel is not requesting copies of pay checks unless otherwise specified but requests the individualized payroll record ledger sheet indicating the amount of pay, miles driven for the time periods specified, etc.).* In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**61.**

Has Defendant ever been cited by the Department of Transportation (federal or state), Public Service Commission, or Federal Highway Administration for violation of the Federal Motor Carrier Safety Regulations?  If so, please state for each instance:

    (a)    The date of the violation;

    (b)    A description of the violation;

    (c)    The location where the violation occurred;

    (d)    The agency issuing the citation; and

    (e)    The ultimate disposition of the charges.

**62.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, any document concerning any violation(s) that you identified in response to the preceding interrogatory.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**63.**

Has Defendant ever been disqualified or placed out-of-service?  If so, please state in detail for each instance.

    (a)    The dates of disqualification; and

    (b)    The reason for the disqualification

**64.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, any document concerning any disqualification or out-of-service

identified in response to the preceding interrogatory.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**65.**

Does this Defendant, on its own or through its insurer, or through any other person or business, obtain information from any private source or governmental agency concerning the driving history, driving infractions, and motor vehicle records of drivers it employs?  If so, please state the name and business of each entity through which such information was requested or obtained concerning Defendant Rodriguez, and the dates upon which such information was obtained for Defendant Rodriguez operating the vehicle involved in the subject-crash.

**66.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the law offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, all motor vehicle records or reports of any kind received from any private corporation or service, or any governmental entity relative to the driving history, driving record, and driving infractions of Defendant Rodriguez since the commencement of said driver's employment with this Defendant up and through the date of trial.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**67.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the law offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, all documents and materials sent to or received from the Director of Regional Motor Carrier Safety of the Office of the Federal Highway Administration, the Georgia Regulatory Authority, or any other governmental agency relative to the subject-collision

which is made the basis of this lawsuit.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**68.**

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by Plaintiff at the law offices of MORGAN & MORGAN ATLANTA, PLLC, 178 S. Main Street, Suite #300, Alpharetta, GA 30009, all certificates of authority, filings, registrations, license, permits, or other related documents issued by or sent to any governmental entity in regard to this Defendant and/or this Defendant's operations.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

*__Served with Plaintiffs' Complaint.__*

This <u>12</u><sup>th</sup> day of <u>May</u>, <u>2023</u>.

**MORGAN & MORGAN**

By: */s/ Parker Green*

**PARKER M. GREEN**
Georgia Bar No. 130593
**JOHN O'BRIANT**
Georgia Bar No. 133201
*Attorney for Plaintiff*

178 S. Main Street, Ste. #300
Alpharetta, Georgia 30009
(404) 790-0117 (mobile)
pgreen@forthepeople.com