# EXHIBIT I



| | |
|---|---|
| | EDWARD HUGHES<br>EMAIL: BHUGHES@ELLISPAINTER.COM<br>DIRECT DIAL: 912-233-9700<br>WWW.ELLISPAINTER.COM |

August 28, 2024

**VIA EMAIL TO:**
John O'Briant – jobriant@forthepeople.com
Kelli Lester – klester@forthepeople.com
Kierra Jones - kierriajones@forthepeople.com
Alisha Jackson - apjackson@forthepeople.com
Cecelia Nelson – cnelson@forthepeople.com
William Degenhart – wdegenhart@forthepeople.com
Morgan & Morgan
11605 Haynes Bridge Road, Suite 490
Alpharetta, GA 30009

      RE:    *Stark v. ARA Transportation Inc., et al.*
               **U.S. Southern District Georgia Brunswick Division**
               **Civil Action No.: 2:23-CV-00074**
               **Our File No.: 135-14**

Dear All:

      In an effort to continue with production and disclosures in this matter in a good faith effort of cooperation toward avoiding or reducing discovery and/or spoliation disputes, I have previously indicated that I would be providing information concerning the What's App material secured from a download of the phone of Alexis Rodriguez. We are serving a supplemental production of documents which at this point consists of word versions of documentation that supplies a large amount of material. We are still exploring other categories of digital information from the phone and I expect to have another production forthcoming soon. That information has proven to be more difficult to retrieve and access.

      The extraction reports are of or from the phone of Alexis Rodriguez that was apparently obtained after the loss of an earlier phone. However, due to the storage being available, we retained Rob Draper of Relevant Data Technologies to secure accessible information. I believe that is how this was accomplished, and the phone content was downloaded and preserved. As I have previously suggested, I believe it would be a good step in our efforts to secure all available information from the phone and from the Go Motive/Motive site as well if our respective experts could coordinate and communicate directly with each other and with Go Motive. This is because not all information sought is apparently retrievable from the account that was maintained at the level purchased for the ARA work. That is, it is my understanding that there were levels of accounts available and we have worked with Go Motive for months trying to secure information

August 28, 2024
Page 2

that would provide access to all meta data, edits or alterations of signatures and log data information. So far, we have not been able to obtain it through cooperation with Motive. We are, however, making progress with the assistance of Mr. Draper. Following additional communications with counsel for Motive, Lauren Whittemore, whom you will recall, objected to the subpoena by Stark directed to Motive Technologies in December of 2023, progress is being made. We have spent many hours trying to obtain the information available and actually I do not believe a formal discovery request has ever actually been made for that material specifically. Still, we agreed to provide what we could obtain and will do so in the spirit of cooperation.

We have worked diligently since the objection of Go Motive to the subpoena consistently with the understanding that I would attempt to secure and share the information available from Motive. I want to provide access to all properly discoverable documentation, devices and information within the bounds of the rules. Out of the What's App data being provided the only redactions or deletions are to material protected by the attorney client privilege for which a privilege log is included and in one other instance, page 124, a redaction is made for the amount relating to the reserve amount established on a claim. The communication redacted is well after the Stark accident and is not relevant to any issue in Stark, nor to spoliation or anything else in my view.

I will be in touch as we secure other retrievable information. I would ask you to secure your own forensic expert in reference to the phone download and the Motive account. Doing so would seem to be the most efficient method of our getting past these issues as quickly as possible at this point or at least you will know with a degree of certainty what is and what is not available.

Kindest regards,

Edward M. Hughes

EMH/lh

cc:   Dennis Keene (via email to: dkeene@bouhan.com)
      John Harvey (via email to jdharvey@bouhan.com)
      Greogry Finch (via email to glfinch@bouhan.com)
      Tracy O'Connell (via email to toconnell@ellispainter.com)
      Doreen Long (via email to dlong@ellispainter.com)
      Rebekah Murray (via email to Rmurray@ellispainter.com)
      Holly Humphries (via email to hhumphries@ellispainter.com)