# EXHIBIT J

**Edward M. Hughes**

| | |
|---|---|
| **From:** | John O'Briant x32879 <jobriant@forthepeople.com> |
| **Sent:** | Wednesday, October 2, 2024 1:44 PM |
| **To:** | Dennis Keene; William J. "Jay" Degenhart x4831; Kelli Lester x6799; Jody Wade x4835; Kierria Jones x32933; Ronald Fields x32891 |
| **Cc:** | Gregory L. Finch; Edward M. Hughes; Tracy O'Connell; John Harvey; Holly Humphries; Doreen Long; Lisa Gray; Emily Vincent |
| **Subject:** | RE: *EXT*Stark v. ARA Transportation, et al., CA NO. 2:23-cv-00074 - Status report & Status Conference - Mot for Continuance |

I don't think we need to continue it, because I want to raise many of my issues in the email with the Court.

Canal still to this day has failed to supplement anything, the affidavits are false, defendants were in possession of this data the entire time, Canal knew of the undisclosed claims we now know of and who knows how many more.

Plus there are other issues in the newest supplement that further contradict more things that I am still working my way through.

I also have my aforementioned issues with the expert's amended report... Unless Defendants plan to finally both supplement everything and answer the questions that I have been asking for the last 6 months... I'd rather proceed to the hearing. The starks will be signing yet another form... Ms. Stark gets back into town today. Maybe Defendants will finally say why the license and coverage got pulled.

Also, I want access to the electronic data in its entirety at this point, as neither motive nor what's ap pare complex as we discussed in the brief. IT is quite clear your experts have less technological expertise than my own very limited skills. I suspect @Ronald Fields x32891 and I will get to the bottom of everything quite quickly. Plaintiff has no interest in messing with the data as Defendants have already put themselves in a precarious position, but if you still remain concerned (even though we see it tracks edits) produce to us clones of the files.

**John O'Briant**
Attorney

T: (770) 576-7620
F: (770) 576-7670
11605 Haynes Bridge Rd, Suite 490,
Alpharetta, GA 30009



MORGAN & MORGAN
AMERICA'S LARGEST INJURY LAW FIRM

$20B+ Recovered • 1,000+ Attorneys • 120+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

**From:** Dennis Keene <dkeene@bouhan.com>
**Sent:** Wednesday, October 2, 2024 1:17 PM
**To:** John O'Briant x32879 <jobriant@forthepeople.com>; William J. "Jay" Degenhart x4831 <wdegenhart@forthepeople.com>; Kelli Lester x6799 <KLester@forthepeople.com>; Jody Wade x4835 <jwade@forthepeople.com>; Kierria Jones x32933 <kierriajones@forthepeople.com>
**Cc:** Gregory L. Finch <glfinch@bouhan.com>; Edward M. Hughes <bhughes@ellispainter.com>; Tracy O'Connell <toconnell@ellispainter.com>; John Harvey <john@johnharveypc.com>; Holly Humphries

1

&lt;HHumphries@ellispainter.com&gt;; Doreen Long &lt;dlong@ellispainter.com&gt;; Lisa Gray &lt;lgray@bouhan.com&gt;; Emily Vincent &lt;evincent@bouhan.com&gt;
**Subject:** *EXT*Stark v. ARA Transportation, et al., CA NO. 2:23-cv-00074 - Status report & Status Conference - Mot for Continuance

Some people who received this message don't often get email from dkeene@bouhan.com. Learn why this is important

**CAUTION:** Use caution when clicking on links or opening attachments in this external email.

Dear All:

I hope this message finds everyone safe and intact from the hurricane. Unfortunately, my law firm has been without power and internet access since last Friday. The Georgia Power personnel we are dealing with indicate the earliest repair time to be Friday night. My home has also been without power, internet, wifi, etc. until yesterday. I also have a place in Augusta where my daughter lives that was hit with two large trees. Fortunately, she was not injured but I must travel back there later this week to meet with adjusters and handle other hurricane-related issues. As a result of this, I am just catching up on some case-related emails and correspondence. I see that there is a supplemental brief relating to the motion for spoliation sanctions that needs to be read and digested as well.

As we have a status report due Friday and a conference call on Monday in this case, will you consent to a motion to continue both the report and call for approximately 7-10 days, depending on the court's schedule. Please let me know as soon as you can as I would like to get a very short motion filed before I have to return to Augusta. I also intend to go through John's emails and see what else I may need to address on behalf of Canal.

Thanks for your consideration and I look forward to hearing from you.

Dennis

**Dennis B. Keene**



One West Park Avenue
Savannah, GA 31401
D 912.644.5715
P 912.232.7000
F 912.233.0811
bouhan.com

Licensed in Georgia & Florida
Practicing as Dennis B. Keene, PC, a partner of Bouhan Falligant LLP

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**Edward M. Hughes**

| | |
|---|---|
| From: | Edward M. Hughes |
| Sent: | Monday, September 30, 2024 2:38 PM |
| To: | John O'Briant x32879; Kelli Lester x6799; Kierria Jones x32933; William J. "Jay" Degenhart x4831; Bryan Satchwell x32877; Nicholas Ayerbe x32873 |
| Cc: | Tracy O'Connell; dkeene@bouhan.com; Gregory L. Finch; Lisa Gray; Jody Wade x4835; Emily Vincent; Doreen Long; Holly Humphries; John Harvey; Ronald Fields x32891 |
| Subject: | RE: Stark v ARA, et al. - Tax information follow up |

John – I did call him and he asked that I ask you to call. I did. I'm really just trying to get an efficient way of getting to the bottom of this one issue. This is the attorney for the accountant, not the accountant himself. A call from you could possibly put at least this much of the issue to rest or at least put us closer to that being the case without a lot of back & forth.

I sincerely do not recall any authorization for the tax information to have been provided to us. Your email will not suffice under the US Code and clearly mine would not. If you would show me the form you are referring to that was provided to us I would appreciate it.

In any event, I will let him know your position.

We will just have to agree to disagree on many other matters you reference.

Bubba

---

**From:** John O'Briant x32879 <jobriant@forthepeople.com>
**Sent:** Monday, September 30, 2024 1:52 PM
**To:** Edward M. Hughes <bhughes@ellispainter.com>; Kelli Lester x6799 <KLester@forthepeople.com>; Kierria Jones x32933 <kierriajones@forthepeople.com>; William J. "Jay" Degenhart x4831 <wdegenhart@forthepeople.com>; Bryan Satchwell x32877 <bsatchwell@forthepeople.com>; Nicholas Ayerbe x32873 <nayerbe@ForThePeople.com>
**Cc:** Tracy O'Connell <toconnell@ellispainter.com>; dkeene@bouhan.com; Gregory L. Finch <glfinch@bouhan.com>; Lisa Gray <lgray@bouhan.com>; Jody Wade x4835 <jwade@forthepeople.com>; Emily Vincent <evincent@bouhan.com>; Doreen Long <dlong@ellispainter.com>; Holly Humphries <HHumphries@ellispainter.com>; John Harvey <john@johnharveypc.com>; Ronald Fields x32891 <rfields@forthepeople.com>
**Subject:** RE: Stark v ARA, et al. - Tax information follow up

You can call him. We gave you that form months ago, with the documents we had to get stark to sign and send back over. He has refused all of our attempts just give us a copy of what you get.

Stark has authorized him repeatedly. As did Parker to give us the records he didn't.

Consider this email my and Plaintiff's consent.

I see once again my MANY discovery issues continue to go unaddressed.... I would like to remind Defendants that Plaintiff has signed every form and jumped through countless discovery hoops. Yet, Plaintiff continues to have to sift through an uncountable number of lies by your clients which have been further exacerbated with the lack of familiarity with the ESI data. There is a giant button that says download on both Motive and what's app.

How many more wrecks have Defendants failed to disclose.
How many messages were "deleted" as shown in my earlier email there was the message deleted note

1

**Why was the policy and motor carrier license involuntarily revoked? (I have been asking this since April)**

This is not an ultimatum, discovery is a 2 way street... so far only one party has acted in good faith in this matter. I have been right on what the evidence would show on EVERY issue up I have raised.... How much more of this iceberg still has yet to be revealed.... Furthermore, do Defendants or Defense Counsel have any reason as to why these affidavits may not actually contain a single true statement?

Please familiarize yourself with the ESI, and ensure Plaintiff has everything in this matter. I struggle to see how I can try this on the facts when a vast majority of the discovery continues to just magically appear...

**John O'Briant**
**Attorney**
**T:** (770) 576-7620
**F:** (770) 576-7670

11605 Haynes Bridge Rd, Suite 490,
Alpharetta, GA 30009



$20B+ Recovered • 1,000+ Attorneys • 120+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

---

**From:** Edward M. Hughes <bhughes@ellispainter.com>
**Sent:** Monday, September 30, 2024 12:16 PM
**To:** John O'Briant x32879 <jobriant@forthepeople.com>; Kelli Lester x6799 <KLester@forthepeople.com>; Kierria Jones x32933 <kierriajones@forthepeople.com>; William J. "Jay" Degenhart x4831 <wdegenhart@forthepeople.com>
**Cc:** Tracy O'Connell <toconnell@ellispainter.com>; dkeene@bouhan.com; Gregory L. Finch <glfinch@bouhan.com>; Lisa Gray <lgray@bouhan.com>; Emily Vincent <evincent@bouhan.com>; Doreen Long <dlong@ellispainter.com>; Holly Humphries <HHumphries@ellispainter.com>; John Harvey <john@johnharveypc.com>
**Subject:** FW: Stark v ARA, et al. - Tax information follow up

**CAUTION:** Use caution when clicking on links or opening attachments in this external email.

John & Kelli – in light of no response from the IRS on the transcripts on tax returns and the prior discussions about a joint motion to compel to the accountant, Jeffrey Martin, I reached out to the attorney who filed the objection to the subpoena, William Bost. He was cooperative & asked that I suggest you give him a call. He can be reached at 678-334-2771. Upon authorization/consent they will apparently release what they have. I thought that was provided on you all's end months ago. I believe it takes a specific form , but in any event please call him.
He did indicate that the last return he worked on for Mr Stark was for 2021 and they had sent Mr Stark an authorization for electronic filing that was never returned so he does not know if the return was filed direct or by someone else. Interestingly, you all produced to us, tax information provided by Mr Stark that included some tax forms for 2021 but no completed actual return, filed or not filed. It does not seem like a motion to compel the accountant would make much sense under the circumstances but hopefully you can communicate with Mr Bost and let us know the status.

Please follow up with Mr Bost & let us know.

Thanks
Bubba

**From:** Edward M. Hughes
**Sent:** Wednesday, September 18, 2024 2:09 PM
**To:** John O'Briant x32879 <JO'Briant@forthepeople.com>; Kelli Lester x6799 <KLester@forthepeople.com>; Kierria Jones x32933 <kierriajones@forthepeople.com>; William J. Degenhart x4831 <wdegenhart@forthepeople.com>
**Cc:** dkeene@bouhan.com; Gregory L. Finch <glfinch@bouhan.com>; John Harvey <john@johnharveypc.com>; Tracy O'Connell <toconnell@ellispainter.com>; Lisa Gray <lgray@bouhan.com>; Emily Vincent <evincent@bouhan.com>; Rebekah Murray <rmurray@ellispainter.com>; Doreen Long <dlong@ellispainter.com>; Holly Humphries <HHumphries@ellispainter.com>; Laura Horn <lhorn@ellispainter.com>; Beth Brooks <bbrooks@ellispainter.com>
**Subject:** RE: Stark v ARA, et al.

John & Kelli, et al

I did not hear otherwise so I assume the link on the What's Ap was accessible.

I want to be clear on whatever is left from a discovery standpoint that is contended to be lacking or disputed so that we can hopefully work through whatever problems might exists it. If there are points, issues or topics you all would like to talk about to possibly work through, please let us know. I am certainly willing to discuss anything related to this. Just let us know.

Thanks

Bubba

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

3