**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| THOMAS STARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **CIVIL ACTION NO. 2:23-cv-00074** |
| ARA TRANSPORTATION INC., CANAL ) | |
| INSURANCE COMPANY, and ) | |
| ALEXIS RODRIGUEZ, ) | |
| ) | |
| Defendants. ) | |
| ) | |

# **EXHIBIT A**

EXHIBIT A – CANAL'S RESPONSE BRIEF, Dtd. 10-11-24



**John O'Briant** · 2nd
Litigation Attorney at Morgan and Morgan
4mo ·

+ Follow

Why is there a belief a motion to compel is necessary for a spolaition motion? There is no law, statute or holding that a motion to compel be filed. Furthermore, the penalty of a motion to compel is a miniscule amount of attorneys fees and you waste 3-4 months awaiting the ruling.

If a defendant/corportation's response to a 6.4 regarding obviously discoverable material is the judge has to tell me to produce it, is it not an admission of suppression of evidence?

There is a 6 month discovery window, if you spend 4 months trying to get documents, then you, your client and your case are prejudiced against. Furthermore, humans have a finite life span, while corporations are immortal so long as they stay solvent. Time is their greatest weapon.

It is quite amazing what appears within 24 hours of filing a spoliation motion.... Why? It has teeth.... A motion to compel simply delays the matters and the penalty is a few thousand dollar attorney fee judgment, which is likely priced into their defense strategy, as someone once told me only 10% of plaintiffs lawyers send a 6.4 and only 10% of those file a motion to compel.

Therefore, for the aforementioned reasons, I don't believe in motions to compel.