**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| THOMAS STARK, )<br> )<br> Plaintiff, )<br> )<br>vs. )<br> )<br>ARA TRANSPORTATION INC., CANAL )<br>INSURANCE COMPANY, and )<br>ALEXIS RODRIGUEZ, )<br> )<br> Defendants. )<br>_____ ) | **CIVIL ACTION NO. 2:23-cv-00074** |

# **EXHIBIT B**

**NORTH CAROLINA DIVISION OF MOTOR VEHICLES**

**RDLSI/DRIVING RECORD CHECK**

**REPORT TYPE:** FULL NON-CERTIFIED REPORT                                    **DATE:** 03-06-2019
**NAME:** RODRIGUEZ ALEXIS
**ADDRESS:** 2935 POPLAR CIR
**CITY:** SHELBY **STATE:** NC **ZIP:** 281527532 **TOTAL POINTS:** 0
**DOB:** ▓▓▓▓▓▓▓▓ **HEIGHT:** 5 FT. 08 IN.  **SEX:** M **EYES:** BRO **HAIR:** GRY **RACE:** W **REAL ID:** N
**PRIMARY LICENSE NO:** ▓▓▓▓▓▓▓▓
**SECONDARY LICENSE NO:** **NON-RESIDENT MILITARY:** N
**ORIGINAL ISSUE DT:** 05-05-2009 **OS DL NO:** **OS STATE:**

*** DRIVER LICENSE STATUS: CDL A ACTIVE ***

| CLASS | GRP | LIC TYP | ISSUE DT | EXPIR DT | CDL | DISQ | PROB | LMT PRIV | COND RESTR | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| A | | O | 01-04-2016 | ▓▓▓-2021 | Y | N | N | N | N | ACTIVE |

**ENDORSEMENTS:**        **RESTRICTIONS:** 0 - NONE

**CRD TRNS:** 0015241925

| CLASS | GRP | LIC TYP | ISSUE DT | EXPIR DT | CDL | DISQ | PROB | LMT PRIV | COND RESTR | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| A | P | O | 12-09-2015 | 06-06-2016 | Y | N | N | N | N | EXPIRED |

**ENDORSEMENTS:**        **RESTRICTIONS:** 10 - ACCOMPANIED BY DRIVER LICENSED

| CLASS | GRP | LIC TYP | ISSUE DT | EXPIR DT | CDL | DISQ | PROB | LMT PRIV | COND RESTR | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| C | | R | 03-01-2012 | ▓▓▓-2020 | N | N | N | N | N | INACTIVE |

**ENDORSEMENTS:**        **RESTRICTIONS:** *9 - LGPR EXPR:12/06/2020

**CRD TRNS:** 0006301373

| OCCUR/ BEGIN DATE | CONV/ END DATE | NATURE OF RECORD OR DIVISION ACTION | POINTS |
|---|---|---|---|
| | | MED CERTIFICATION STATUS : CERTIFIED | |
| | | MED CERTIFICATION DRV TYPE : NON-EXCEPTED INTERSTATE | |
| | | MED CERTIFICATE ISSUED : 01-21-19 EXPIRES : 01-21-20 | |
| | | MED CERTIFICATION RESTRICTIONS : NONE | |
| | | ME NAME : MCNAIR,CHARLTON S | |
| | | ME STATE : NC        ME LICENSE : 9701057 | |
| | | ME SPECIALITY : MD   ME TEL NUMBER : 704-338-1268 | |
| | | ME NATIONAL REGISTRY NUMBER: 8284035688 | |
| | | END MEDICAL CERTIFICATION INFORMATION | |
| 04-24-2017 | | ACDNT: MECKLENBURG COUNTY, NC | |
| | | ACDNT: CASE ID:105087754 | |
| 01-23-2017 | 01-26-2017 | CONV:  (S93)RDLSI SPEEDING | |
| | | COURT: DMVKY-DRIVER LICENSE, KY | |
| | | COURT: AOC #: KY0047CJ5670211    CITATION ID: 001 | |
| 09-11-2016 | | ACDNT: MECKLENBURG COUNTY, NC   CMV | |
| | | ACDNT: CASE ID:104852522 | |
| 12-09-2015 | 06-06-2016 | ORG ISS: CLS A CDL PRMT EN: | |
| | | RSTR:10 ACCOMPANIED BY DRIVER LICENSED | |
| 03-01-2012 | 08-19-2020 | REN ISS: CLS C        EN: | |
| | | RSTR:*9 LGPR EXPR:12/06/2020 | |
| 07-25-2011 | 03-08-2012 | DUP ISS: CLS C        EN: | |
| | | RSTR:*9 LGPR EXPR:03/08/2012 | |
| 03-09-2010 | 03-08-2012 | REN ISS: CLS C        EN: | |
| | | RSTR:*9 LGPR EXPR:03/08/2012 | |
| 05-05-2009 | 03-05-2010 | ORG ISS: CLS C        EN: | |
| | | RSTR:*9 LGPR EXPR:03/05/2010 | |

```
05-01-2009  03-05-2010  ORG ISS: CLS C      PRMT EN:
                                             RSTR:10 ACCOMPANIED BY DRIVER LICENSED
                                             RSTR:*9 LGPR EXPR:03/05/2010
```

**WITHDRAWALS**
NO WITHDRAWAL DATA TO REPORT

**CONVICTIONS**
NO CONVICTION DATA TO REPORT

**ACCIDENTS**
NO ACCIDENT DATA TO REPORT

**ACCIDENTS NOTED ON THIS DOCUMENT SHALL NOT BE
CONSIDERED DETERMINATIVE OF FAULT OR NEGLIGENCE
ON THE PART OF THE INDIVIDUAL
\*\*
\* \* END OF DRIVING RECORD \* \***