**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

THOMAS STARK,                                )
                                             )
      Plaintiff,                         )
                                             )
vs.                                          )
                                             )   **CIVIL ACTION NO. 2:23-cv-00074**
ARA TRANSPORTATION INC., CANAL  )
INSURANCE COMPANY, and                       )
ALEXIS RODRIGUEZ,                            )
                                             )
      Defendants.                        )
                                             )

# EXHIBIT C

STATE OF SOUTH CAROLINA    )

COUNTY OF GREENVILLE          )

### AFFIDAVIT OF JENNIFER EUBANKS

1. My name is Jennifer Eubanks.  I am over the age of nineteen years and a resident of South Carolina.  I am the Director, Claims Legal for Canal Insurance Company ("Canal").

2. I have personal knowledge of Canal's claims computer system and have looked up the loss run report regarding Canal's former insured, ARA Transport, Inc., for policy number I-617406001-1.  A loss run report looks at losses for the named insured, ARA Transport, Inc., and shows no losses associated with Mr. Alexis Rodriguez.

3. The Canal insurance policy (I-617406001-2) with an effective period from 10/9/22 to 10/9/23, was non-renewed when it expired in October 2023.  It was not canceled by Canal midterm.

4. Canal did not have the NCDOT MVR (dated 2019), which is attached as Exhibit B to Canal's Response to Plaintiff's Second Reply Brief to His Motion for Spoliation Sanctions, as part of its file.  Canal first received it when produced by a co-defendant during the course of this litigation.

Further affiant sayeth not.

Jennifer Eubanks

STATE OF SOUTH CAROLINA    )
COUNTY OF GREENVILLE          )

On this the 11th day of October, 2024, the above-named person appeared before me and executed the foregoing document and acknowledged that the same is true.

NOTARY PUBLIC
My Commission Expires: 10/13/2033