**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**CLERK'S MINUTES**

---

**CASE NO. 2:23-cv-74**                                               **DATE: 10/21/2024**

**TITLE: Thomas Stark v. ARA Transport, Inc., et al.**

---

**HONORABLE BENJAMIN W. CHEESBRO      COURTROOM DEPUTY: KIM MIXON**

**COURT REPORTER: BWK-CHAMBERS    TIME: 4:00-4:51    TOTAL:  51 minutes**

---

**PLAINTIFF:**                                    **COUNSEL FOR PLAINTIFF:**

**Thomas Stark**                                  **John S. O'Briant, III**

**DEFENDANTS:**                                   **COUNSEL FOR DEFENDANTS:**

**ARA Transport, Inc.**                           **Edward M. Hughes**
**Alexis Rodriguez**                              **Tracy C. O'Connell**
**Canal Insurance Company**                       **Dennis B. Keene**
                                                  **Gregory Lucas Finch**

**TELEPHONIC STATUS CONFERENCE**

---

**Telephonic status conference held.  Court has received and reviewed the parties'
submissions in their Joint Status Report.  Doc. 76.**
**Court reviews case status and deadlines with parties.**
**Court hears from parties.**
**Court does not take up merits of Motion for Sanctions for Spoliation today.**
**Mr. O'Briant states he does not feel defense is acting in good faith and has concerns with
the way defense is producing discovery.  He does not want to redepose witnesses and incur
additional expense for depositions when he feels witnesses are simply not being truthful.
He seeks unsupervised access to Defendant Rodriguez's What's App and GoMotive
accounts.**
**Defense objects to unsupervised access.**
**Court very unlikely to grant unsupervised access to Defendants' systems.**
**Ms. O'Connell states military records may never be produced.  She states defense is still
waiting on certain financial records from Plaintiff.**
**Mr. Keene for Canal Insurance states Plaintiff's counsel continues to make assumptions
about what discovery defense may or may not have in its possession.  He seeks a list of
Plaintiff's trial depositions that Plaintiff seeks from Canal.**
**Court directs parties to continue their conferral on the financial record dispute.**
**If the dispute remains unresolved, Court can intervene.**

**Court describes informal discovery dispute resolution process.**
**Court states that conferral between the parties by phone, video conference, or in person will be more beneficial than just exchanging emails.**
**Court will extend motions deadline by 30 days and will conduct a follow-up status call 30 days out.  Parties will be required to file a joint status report prior to next status call. Written order to follow.**