IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

THOMAS STARK,

    Plaintiff,

v.

ARA TRANSPORT INC., CANAL
INSURANCE COMPANY, and ALEXIS
RODRIGUEZ,

    Defendants.

CIVIL ACTION NO.: 2:23-cv-74

## SIXTH AMENDED SCHEDULING ORDER

The parties filed a status report. Doc. 76. In their status report, the parties explained they are working to complete discovery. The parties are waiting to receive a few outstanding medical and financial records. The Court conducted a telephonic status conference on October 24, 2024. During the status conference, the parties confirmed their need for additional time to complete discovery and resolve remaining discovery disputes. Upon due consideration and for good cause shown, the Court **GRANTS** the parties' request for extension and enters the following new deadlines.

| EVENT | DEADLINE |
| --- | --- |
| Discovery Status Report | November 18, 2024 |
| Discovery Status Conference | November 20, 2024 |
| All Civil Motions (Including Daubert Motions; Excluding Motions in Limine) | December 16, 2024 |
| Depositions of All Witnesses Taken for Use at Trial | December 16, 2024 |

| Proposed Pretrial Order | January 14, 2025 |
| --- | --- |
| Pretrial Conference | March 10, 2025 |
| Jury Selection/Trial | May 13, 2025 |

All other deadlines and instructions in the Court's previous Orders remain in full force and effect.  Docs. 15, 29, 38, 43, 52, 62.

**SO ORDERED**, this 29th day of October, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA